IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**EDWARD CONSTANTINESCU,**<br>**PERRY "PJ" MATLOCK,**<br>**JOHN RYBARCZYK,**<br>**GARY DEEL,**<br>**STEFAN HRVATIN,**<br>**TOM COOPERMAN**<br>**MITCHELL HENNESSEY,**<br>**DANIEL KNIGHT**<br><br>**Defendants.** | Case No. 22-CR-00612 |

## UNITED STATES' UNOPPOSED MOTION FOR
## <u>STIPULATED PROTECTIVE ORDER GOVERNING DISCOVERY</u>

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States, by and through undersigned counsel, respectfully moves for a stipulated protective order governing discovery, and states in support thereof:

1. The indictment in this case charges the defendants with conspiracy to commit securities fraud in violation of Section 1349 and securities fraud in violation of Section 1348.

2. The discovery in this case contains sensitive, proprietary, and confidential financial and business information, the unprotected disclosure of which could create a substantial risk of harm to non-parties.

3. The parties have met and conferred regarding the proposed protective order, and the defendants do not oppose this motion and agree to the proposed protective order.

Wherefore, the United States respectfully requests that this Court enter the proposed stipulated protective order governing discovery.


Dated: January 18, 2023                    Respectfully submitted,


GLENN S. LEON                              ALAMDAR HAMDANI
Chief, Fraud Section                        United States Attorney
Criminal Division, Department of Justice     for the Southern District of Texas


By:    */s/ Scott Armstrong*          By:    */s/ Heyward Carter*
       Scott Armstrong, Assistant Chief      Thomas H. Carter
       John J. Liolos, Trial Attorney        Assistant United States Attorney
       Fraud Section, Criminal Division      State Bar Nos.:  TX24048387
       United States Department of Justice   1000 Louisiana Street, 25th Floor
       1400 New York Ave. NW                 Houston, Texas 77002
       Washington, DC 20005                  Tel.: (713) 567-9470
       Tel.: (202) 355-5704

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered by ECF to counsel of

record for Defendants on January 18, 2023.

_/s/ Scott Armstrong_
Scott Armstrong
Assistant Chief
Criminal Division, Fraud Section
United States Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530
(202) 355-5704
Scott.armstrong@usdoj.gov