Case 4:22-cr-00612   Document 512   Filed on 01/31/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS | § CRIMINAL ACTION NO. H-22-612 |
| | § |
| EDWARD CONSTANTINESCUE, et al | § |

## ORDER

Defense counsel has designated Chip Lewis, counsel for Tom Cooperman, to take the lead on jury selection issues and as part of that role, Mr. Lewis has provided the Court and all parties a proposed form of a jury questionnaire. The Court would like the Government (or any other party) to respond to that questionnaire and add any proposed questions it might desire by February 16, 2024. The fact that a party or parties have proposed a question does not mean the Court will include it on the questionnaire, but if a party does not request a certain question it is a virtual guarantee that it will not be included. The Court plans to conduct the voir dire so if any party has some unique question that it wants the Court to consider and it is one that comports with the questionnaire format, they should submit that question by that same February 16, 2024 deadline. As Mr. Lewis notes accurately in his cover letter, it requires some time to implement and facilitate a questionnaire for as large a panel as will be needed here, so the Clerk's office will need this questionnaire as soon as possible.

SIGNED at Houston, Texas on this 31st day of January 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE