Exhibit 4

# HILDER & ASSOCIATES, P.C.

### ATTORNEYS AT LAW

819 Lovett Boulevard
Houston, Texas 77006-3905

Telephone (713) 655-9111
Facsimile (713) 655-9112

August 15, 2023

***Via Email:*** Scott.Armstrong@usdoj.gov

Mr. Scott Armstrong
Assistant U.S. Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana, Ste 2300
Houston, TX 77002

> **RE:** ***United States of America vs. John Rybarczyk;*** **Criminal Case No. 4:22-CR-00612-3; In the United States District Court, Southern District of Texas, Houston Division**

Dear Sir:

Under the Court's Scheduling Order (ECF No. 254) regarding the exchange of expert disclosures, John Rybarczyk provides notice that he anticipates calling expert witness Matthew Evans of AlixPartners. Although many of the topics and testimony described below do not constitute expert testimony, Mr. Rybarczyk includes them in this disclosure in an abundance of caution. Further, Mr. Rybarczyk reserves the right to update or modify his disclosures as we approach trial.

**Matthew Evans**

Matthew A. Evans may provide expert testimony in the trial of the above-referenced matter. Although many of the topics and testimony described below do not constitute expert testimony, Defendant includes them in this disclosure in an abundance of caution.

Mr. Evans is currently a Partner and Managing Director of AlixPartners, LLP. As set forth in his curriculum vitae, attached as Exhibit A. Mr. Evans has worked for over twenty years as part of a specialized economic and forensic research team dedicated to the analysis of financial and commodity markets. His qualifications, prior testimony, publications, and related work is thoroughly documented therein. His firm has been compensated by Rybarczyk for their work in this case.

Mr. Evans will provide summary testimony regarding trading in the "at-issue stocks," including their publicly reported trading prices, trading volumes, and purchases and sales over

JRYBARCZYK-004395

Expert Disclosure
Page 2

periods of time, as well as bid and ask (order) activity in stocks. This testimony will be derived from "tick data" that has been purchased by AlixPartners. Attached hereto is information on how the government can purchase and/or inspect the tick data that has been purchased by AlixPartners. See Exhibit B. Licensing issues prevent the dissemination of the tick data to the government. Conversely, the government can subpoena AlixPartners for the data. Undersigned counsel will accept service of the subpoena on behalf of AlixPartners. In addition, Mr. Evans reviewed Rybarczyk's relevant trading and brokerage records, the Superseding Indictment, Defendants' relevant social media activity, and certain of the United States disclosures to the defense in this case. Mr. Evans's summary testimony will make use of certain summary charts and graphics that have been provided and as described below:

We expect that Mr. Evans will testify, in sum and substance, as follows:

• He has examined and analyzed various stock price movements, high frequency trading data, twitter, and discord communications associated with multiple stocks listed in the Superseding Indictment, including, but not limited to, all the stocks listed in the substantive counts in the Superseding Indictment concerning Mr. Rybarczyk. He has summarized that and other information in charts, attached in DRAFT form as Exhibit C, for the stocks UPC, SXTC and ABVC, reflecting for those shares at the stated days and times, as relevant to the charges in the Indictment:

  o Average Bid Price, Average Ask Price, Market VWAP, and Execution Price
  o Volume of Shares (in thousands) or cumulative position held by Rybarczyk;
  o Price Update Ratio
  o Maximum Trade Volume on the Uptick and Downtick;
  o Maximum Bid Volume, Maximum Ask Volume;
  o Sum of Volume on Uptick, Sum of Volume on Downtick;
  o Rybarczyk's relevant market orders at various times to the foregoing;
  o Rybarczyk's relevant communications at various times to the foregoing

• In sum and substance, these charts reflect the movement of the stocks both before and after tweets, and in between the times of stock sales and purchases.

• Given the government's exhibit list, which include all 397 "episodes" as analyzed by Dr. Garibotti, Mr. Evans may also analyze those episodes and provide expert analysis similar to what is in Exhibit C. To the extent that he does so, we will update this disclosure.

• Evans' testimony may also include information on general market and trading knowledge, terms, and topics. These include, but are not limited to, the following:

  o Bid and ask prices are market terms representing supply (orders to sell) and demand (orders to buy) for a stock. At any given moment, the best-bid represents the highest price someone is willing to pay for a share, whereas the best-ask refers to the lowest price at which a seller is willing to sell a stock.

JRYBARCZYK-004396

Expert Disclosure
Page 3

- o "Average Bid Price" is the average of the best-bid prices at which buyers offered to buy the stock over a period of time.

- o "Average Ask Price" is the average of the best-ask prices at which sellers offered to sell the stock over a period of time.

- o "Execution Price" is the price that was agreed to by a buyer and a seller on a particular trade.  An execution is the completion, or 'matching', of a buy or sell order for a security.

- o "Market VWAP" is the average price of a stock during a time period, weighted by the volume of trades in the period. The formula is:

$$\frac{\sum \ (Volume \ x \ Price \ )}{\sum \ Volume}$$

- o "Price Update Ratio" is calculated as the count of bid price updates divided by the count of ask price updates.

- o "Bid/Ask Volume" The volumes observed on bid (buyers') and ask (sellers') orders.

- o "Maximum Bid Volume" The volume, in number of shares, observed on the largest bid (buyers') order update event over a period of time.

- o "Maximum Ask Volume" The volume, in number of shares, observed on the largest ask (sellers') order update event over a period of time.

- o "Sum of Trade Volume" The total number of shares traded over a period of time.

- o "Max Trade Volume" The volume, in number of shares, observed on the largest singular trade recorded over a period of time.

- o "Uptick" Trades that occur at a higher price than the last reported downtick trade.

- o "Downtick" Trades that occur at a lower price than the last reported uptick trade.

• Further, Mr. Evans may explain certain financial terms to the jury, including, but not limited to the following:

- • A "price target" for a stock is an individual or entity's prediction for the future price of a stock. Often, an individual or entity will publicize their price targets for stocks. Price

Expert Disclosure
Page 4

targets may be used in fraudulent pump and dump schemes when they are stated publicly without sound basis in fact or in bad faith not in order to communicate a genuinely held opinion or prediction to the market, but in order to generate trading interest in a stock so that the participants in the scheme may maximize the profit on the sale of their shares.

- "Day trading" is a style of stock trading that generally involves making many buy and sell trades within a single trading day in an attempt to secure profits from the intra-day price movement of a stock. Day traders typically initiate and exit their positions within hours on a trading day, and close out their positions before/at the end of the day. Beginner day traders may suffer significant losses, particularly when trading in volatile stocks. Day trading can be a very risky trading strategy.

- A "swing" or "swing trading" is a different trading strategy that generally seeks to profit from price movement in a stock over a longer time frame than a day trade.

- "Scalping" is a term with various meanings. It is sometimes used as a term to describe a perfectly legal day trading style that specializes in profiting off small price changes in a stock, by buying a stock and then quickly selling that stock for a quick profit. It also is used to describe a fraudulent trading strategy. Scalping describes a fraudulent trading strategy when a market participant, under false pretenses, publicly recommends a stock so as to cause the price to spike and then sells the stock at the inflated price to generate profits.

- A "retail" trader or investor is a non-professional common member of the investing public.

- Being "long" in a stock refers to a position in which the investor has purchased a stock with the expectation that it will rise in value in the future. Being long a stock is the opposite of being "short" a stock, which is a position a trader takes when the trader expects the stock's price to decline in the future and the trader seeks to profit off that anticipated future price movement. Another meaning of the term "long" generally involves a measure of time and refers to the length of time an investment is held. An investor "goes long" when the investor believes the stock's price will rise in the future and the investor intends to hold the stock to realize that expected future price appreciation.

- A "market" order is an instruction by an investor to a broker to buy or sell a defined quantity of stock shares (or another asset) at the current best available price(s) in the market. A "limit" order is an instruction by an investor to a broker to buy or sell a defined quantity of stock shares (or another asset) only at a certain price specified by the investor. A limit order allows an investor to set a maximum acceptable purchase price or minimum acceptable sales price while placing an order, as the order will be executed only if the counterparties are willing to trade at that price. A "stop loss order" is an instruction by an investor to a broker to buy or sell a specific stock once the stock reaches a certain price, like a limit order. A stop-loss order is designed to limit an investor's loss on a security

JRYBARCZYK-004398

position. For example, an investor setting a stop-loss order at a price 10% below the price at which the investor bought the stock will attempt to limit the investor's potential loss to 10%. If the price of the stock falls 10% or more, the stop-loss order will cause the shares to be sold at the prevailing market price. A "stop-limit order" is a type of stop-loss order, except that, instead of selling the asset at the prevailing market price once the stop price is reached, the asset will only be sold at the limit price or better once the stop price level is reached. Traders often use stop-limit orders to lock in profits or limit downside losses.

Mr. Evans may also testify about the following issues:

- Mr. Evans reviewed certain of Defendants' social media and trading records and compared those records with the volume and price information obtained for certain of the at-issue stocks. On certain trading days where Defendants posted publicly about the at-issue stocks, those stocks were already trading at volume comparable to days the stocks traded when Defendant was not posting about the stocks. Thus, there is no clear causal data connection between Defendants' tweets and any price or volume increases.
- Defendant's trading style, and his capturing short term gains of ten to thirty percent or more are consistent with "day trader" activities.
- Many of Defendant's public posts about the stocks at issue are, in fact, accurate, or not capable of being proven to be accurate or inaccurate at the time they were made because they are matters of opinion or predictions.
- At the time Defendants were tweeting about various stocks, many others in the market were also tweeting about those same stocks.

Expert Disclosure
Page 6

As noted, Rybarczyk reserves the right to supplement and/or amend Mr. Evans's anticipated testimony and to call additional experts in its case-in-chief or rebuttal case, based on information made known to the Defendant and/or Mr. Evans before or during trial, including in response to the Prosecution's experts or case or those of other Defendants.

If you have any questions or concerns, please do not hesitate to contact me at your convenience.

With regards,

**HILDER & ASSOCIATES, P.C.**

Q. Tate Williams

Matt Evans,
AlixPartners, LLP

JRYBARCZYK-004400

# EXHIBIT "A"

JRYBARCZYK-004401



AlixPartners, LLP
909 Third Ave., 30th Floor
New York, NY 10022
Main: +1 212.490.2500
Fax: +1 646.746.2490
Direct dial: +1 646.746.2495
mevans@alixpartners.com
www.alixpartners.com

# Matthew A Evans
## Partner & Managing Director
### Leader – Americas Risk Advisory

Mr. Evans is an expert in global financial derivatives markets; asset/contract valuation; trading practices in physical, financial, and hybrid instruments; risk management practices; and hedging techniques in securities, financial derivatives and commodity markets. He has exptensive experience in the markets, having worked in the markets for several derivatives trading firms and as an advisor and expert for dozens more. For over twenty years Mr. Evans has been part of a specialized economic and forensic research team dedicated to the analysis of commodity and financial markets; he has been the head of this group for almost fifteen years. Mr. Evans has performed a wide variety of consulting work in relation to strategy, valuation, regulatory inquiries, and risk advisory work for major commercial firms, marketers, hedge funds, and global financial institutions.

Mr. Evans has provided litigation support in many high-profile derivatives cases and has testified as an expert in commodities and derivatives markets in a variety of cases regarding trading and trading data analysis. He has been recognized as an expert in financial markets and trading data analysis in US District Court. He has also offered expert testimony in US State, and UK High Courts, as well as alternative dispute resolution venues and administrative proceedings. He has been recognized by *Who's Who Legal: Arbitration* and *Who's Who Legal: Competition* for his expert witness services work.

He is an expert in the analysis of high-frequency trading (HFT) data from a variety of securities & futures markets and has nearly twenty years of experience in re-creating and examining various trading strategies embedded deep in the trading "tape." He has calculated contractual damages in a variety of financial derivatives cases, and has advised clients on derivatives and futures market manipulation inquiries and enforcement actions brought by the SEC, FERC, CFTC, DOJ, FCA, European Commission, and other foreign regulatory bodies. In such matters, he examines trading data for conduct including "spoofing," front-running, index manipulation, corners and squeezes, collusion, misreporting, disruptive trading, wash trading, and a variety of market power issues. He has conducted large-scale independent investigations into alleged rules violation and/or market manipulation cases in products including:

**Energy:** Crude oil, gasoline, heating oil, natural gas, electricity and capacity
**Agriculture:** Dairy products, corn, wheat, soy products, and cotton
**Metals:** Gold, silver, platinum, palladium, aluminum, lead and copper

JRYBARCZYK-004402

**Financial:** Bonds, equities, equity options, equity index futures, options on equity futures, FX products, interest rate swaps, eurodollar futures, treasuries, repos, structured products, MBS and CMBS

Mr. Evans has issued expert reports and affidavits and made presentations to regulators based on his independent trading reviews conducted during independent regulatory investigations. He has directed several advisory engagements in risk management and derivatives trading controls, and serves as an independent advisor to several companies regarding their internal trading compliance and surveillance programs.

Mr. Evans was formerly a Director at Barclays Capital, where he was Head of US Commodities Valuations and New Business. In this role, Mr. Evans led Barclay's valuations team, which was responsible for valuation controls, valuations testing, and various market research efforts, funding analyses, risk management, and trading control analyses. He also oversaw the launch of trading in new derivatives markets, index products, investor notes, funds, and other products. Earlier in his career, Mr. Evans spent several years as an inter-dealer derivatives broker and a risk management analyst.

## Education

**Ithaca College**
B.S., International Business, 1997

## Professional Experience

|           | **AlixPartners, LLP**                                                                          |
|-----------|-----------------------------------------------------------------------------------------------|
| 2016 +    | Partner & Managing Director                                                                    |
|           | **NERA Economic Consulting**                                                                   |
| 2014-2016 | Senior Vice President                                                                          |
| 2002-2007 | Vice President (2007, 2009-2013), Senior Consultant (2004-2006), Sr. Analyst/Consultant (2002-2003) |
|           | **Barclays Capital**                                                                           |
| 2007-2009 | Director (2009), Vice President (2007-2008)                                                    |
|           | **MMC Enterprise Risk, Inc.**                                                                  |
| 2001-2002 | Analyst, Energy Risk Management                                                                |
|           | **Tullet Prebon (Formerly Prebon Yamane)**                                                     |
| 1999-2001 | Inter-Dealer Broker, Energy Derivatives                                                        |
|           | **Choice Energy Northeast LLP**                                                                |
| 1997-1999 | Inter-Dealer Broker, Electricity Derivatives                                                   |

2

JRYBARCZYK-004403

## Selected Litigation and Investigation Matters

International Investment Bank, New York, 2023
    Expert in an investigation into trading and trade reporting activity in US securities markets.

Foreign Investment Bank, New York, 2023
    Expert in an SEC investigation into US Repo markets.

Paul Hastings, LLP, New York, 2023
    Testifying expert in a matter regarding options market-making and trading, delta-neutral trading strategies and risk management of options portfolios.

International Investment Bank, New York, 2023
    Expert in an investigation into trading and managing greenshoe clauses in relation to IPO's in US equity markets.

FTX Trading Ltd., 2022
    Expert in FX and cryptocurrency trading data analytics and forensics for new management of a bankrupt cryptocurrency exchange.

Perkins Coie LLP, New York, 2022
    Expert in FINRA/CME/DOJ investigations regarding trading conduct in futures and cash securities markets.

Bryan Cave Leighton Paisner, London, 2022
    Expert in an examination of trading desk activities and market prices regarding client orders for spot market products.

Sullivan & Cromwell, New York, New York, NY, 2022
    Expert for an energy trading company in a commodity exchange investigation into trading and pricing in energy markets.

Vedder Price, Chicago, IL, 2022
    Expert in SEC and DOJ investigations, and related litigation, regarding fund losses in equity, option and volatility derivative instruments within an investment fund complex.

Bruch Hanna LLP, Washington, DC. 2022
    Expert in an internal investigation regarding concerns of P&L manipulation, unauthorized trading strategies and front-running of customer transactions.

Akin Gump, New York, New York, NY, 2022
    Expert in an investigation and litigation regarding trading and pre-hedging around bond issuer swap transactions.

3

JRYBARCZYK-004404

Sullivan & Cromwell, New York, New York, NY, 2021 – 2022
> Testifying Expert for JPMorgan in *Hidalgo Mining Corp. vs JPMorgan Chase & Co.* regarding allegations of commodity market price fixing, spoofing and manipulative trading strategies. Matter settled in March 2022.

Dechert, London, England, 2022
> Expert for a financial institution in multiple regulatory investigations regarding trading conduct and market volatility in certain global financial markets.

ChapmanAlbin, Cleveland, OH, 2021 - Current
> Testifying expert in National Futures Association arbitration regarding risk and position analysis, trading strategies in options and futures markets. Losses related to volatility and price spikes in natural gas markets. Hearing testimony: (1) Atlanta investors, (2) New York investors, (3) Boston investors, (4) Houston investors, (5) New York 2 investors.

Confidential Investment Bank, 2021 – Current
> Expert in SEC and SDNY investigations into US equities block trading practices, trading and hedging around large pending block transactions and related pricing and equity unlock events.

Ropes & Gray, Boston/NY, 2021 - Current
> Expert in SEC and SDNY investigations into equities, equity derivatives and options trading strategies, market pricing and investor losses in several investment vehicles during 2020 COVID-related market turbulence.

Venable, New York, NY, 2021 – Current
> Expert in an SEC investigation into equities and equity derivatives trading strategies during period of heightened market volatility.

Kobre & Kim LLP, New York, NY, 2021 – 2022
> Expert in SEC and exchange investigations into high frequency trading strategies across equity and commodity markets.

Fee Smith Sharp & Vitullo, LLP, Dallas, TX, 2021
> Testifying expert in *Tristani et al v. Optionsellers.com, Inc.* regarding risk and position analysis, trading strategies, natural gas market pricing and volatility. Expert report issued on April 5, 2021. Matter Settled.

Latham & Watkins LLP, New York, NY. 2021
> Expert in an internal investigation into inter-affiliate and external derivatives trading, hedging, hedge accounting and classification issues.

Simpson Thacher & Bartlett LLP, Washington DC, 2020
> Expert in a regulatory investigation into trading activity in OTC commodity markets, swaps and futures contracts.

4

JRYBARCZYK-004405

Wilmer Cutler Pickering Hale and Dorr LLP, New York, NY, 2020 – 2022
> Expert for an international bank in CFTC and US DOJ investigations regarding OTC and futures trading activities in US Treasury markets.

Confidential Bank, New York, NY. 2020 – Current
> Expert for an international bank in a CFTC investigation into quoting and trading activity in multiple interest rate and FX (currency) markets.

Wilmer Cutler Pickering Hale and Dorr LLP, New York, NY, 2020 – Current
> Expert for a commodity trading firm into trading activity in North American physical energy markets.

Homburger, Zurich, Switzerland, 2020 – 2021
> Testifying expert in LCIA Arbitration regarding metals, minerals and natural resources trading and damages relating to terminated contracts.

Groom Law Group, Washington, DC, 2020 – 2021
> Expert in ERISA litigation involving alleged failures of fiduciary oversight of a 401(k) plan.

O'Melveny & Myers LLP, Washington, DC, 2020 – 2021
> Expert in ERISA litigation involving alleged failures of fiduciary oversight of a 401(k) plan.

Pederson Law, Philadelphia, PA, 2020 – 2022
> Testifying expert in an arbitration related to unauthorized FX trading in a customer account.

Schiff, Hardin LLP, Chicago, IL, 2019 – 2020
> Testifying expert in *Platinum Partners Value Arbitrage Fund, LP and Platinum Partners Liquid Opportunity Maspter Fund LP, v Chicago Board Options Exchange and The Options Clearing Corportation,* regarding intraday trading in equities and equity option markets. Expert declaration issued on October 16, 2019. Deposed January 16, 2020. Matter settled in 2020.

Braun Hagey & Borden LLP, San Francisco, CA, 2019 – 2020
> Testifying expert in FINRA Arbitration: Jefferies LLC, v Carbon Investment Partners (and related cases) regarding fraud, breach of contract, and unauthorized trading conduct in regards to a Prime Brokerage agreement. FINRA No. 18-00980. Matter settled prior to hearing.

Kobre & Kim LLP, New York, NY, 2020
> Expert in a pre-arbitration dispute regarding currency trading and disputed transaction prices in FX spot and forward contracts. Matter settled.

Akin Gump, New York, New York, NY, 2019 – Current

JRYBARCZYK-004406

Expert in a multijurisdictional investigation into trading in FX options and exotic products, valuation controls and potential mismarking of positions.

Wilmer Cutler Pickering Hale and Dorr LLP, New York, NY, 2019 – 2020
Expert in a CFTC investigation of an international financial institution regarding the pre-trade mid-market marks ("PTMMM") of swaps quoted to the banks' counterparties as required by Dodd Frank regulations.

Louis F. Burke P.C., New York, NY, 2019 – 2021
Testifying expert in a CFTC and NADEX investigation into potential cross-market manipulation of NADEX binary options and CME futures contracts.

Morvillo Abramowitz Grand Iason & Anello, New York, NY, 2019 – 2020
Testifying expert in a SEC matter involving possible 10(b) market manipulation in equity markets. Expert report issued on 05/07/2019. Expert rebuttal report issued on 5/30/2019. Matter settled.

Akin Gump, Los Angeles, CA, 2019 – 2022
Expert in a CFTC investigation into trading in Litecoin (cryptocurrency) markets.

Sullivan & Cromwell, Los Angeles, CA, 2019 – 2022
Expert in a class action litigation involving allegations of antitrust violations and collusion in US energy markets.

Skadden, Arps, Slate, Meagher & Flom LLP, Boston, MA, 2019 – 2021
Expert in ERISA litigation involving alleged failures of fiduciary oversight of a 401(k) plan.

Paul Hastings, Washington, DC, 2019 - 2021
Expert in a regulatory investigation regarding alleged trading manipulation in ethanol markets.

Stikeman Elliot LP, Calgary, Canada, 2018 – 2021
Expert in a long-term contract dispute regarding North American energy contracts.

Akin Gump, Los Angeles, CA, 2018 – 2019.
Expert in a CFTC and DOJ investigation into trading in Bitcoin and Ethereum (cryptocurrency) markets.

Vorys, Sater, Cleveland, OH, 2018
Expert in an evaluation of investment performance of a retirement plan.

Sullivan & Cromwell, New York, NY, 2018 – 2022
Expert for a foreign financial institution in a CFTC investigation of swaps and bonds trading.

JRYBARCZYK-004407

Akin Gump, New York, NY, 2018 – 2019
> Expert in a CFTC investigation regarding precious metals traders at a major broker dealer.

Paul Hastings, Washington, DC, 2018
> Expert in an internal investigation of futures and options trading strategies for a commercial firm.

Foley & Lardner LLP, Milwaukee, WI, August 2017 – October 2017
> Expert in a dispute regarding the termination value of a portfolio of complex commodity products and hedges.

Winston & Strawn, Chicago, IL, June 2017 – 2018
> Expert in a regulatory investigation regarding brokering and trading of FX option products.

Macro Hedge Fund, New York, NY, 2017
> Expert in a CFTC investigation of potential spoofing and other potential rules violations in equity futures markets.

Sullivan & Cromwell, New York, NY, 2017 – 2022
> Expert for a large financial institution in a lawsuit concerning anticompetitive conduct in precious metals futures markets.

McGuire Woods, New York, NY, 2016 – 2017
> Expert for a large financial institution in an SEC whistleblower investigation regarding mis-selling and mis-marking of illiquid securities.

International Investment Bank, New York, NY, 2016 – 2017
> Expert for a major financial institution in a CFTC/SEC/DOJ investigation into the VIX index and trading activities in S&P500 options, volatility derivatives and volatility futures contracts.

International Broker Dealer, New York, NY, 2016 – 2019
> Expert in a CFTC investigation of multicommodity index trading activities.

Winston & Strawn, Chicago, IL, November 2016 – January 2018
> Expert in a lawsuit related to long term energy contracts.

Herbert Smith Freehills LLP, New York, NY, December 2016 – April 2017
> Expert in an international arbitration regarding futures trading and oil refining.

US Securities Exchange Commission, Washington DC, 2016
> Expert in an investigation of high frequency equity and equity options market activity.

Sullivan & Cromwell, New York, NY, November 2016 – 2021

7

JRYBARCZYK-004408

Expert in a CFTC investigation of potential spoofing and other potential rules violations in FX and precious metals exchanges and OTC markets.

Winston & Strawn, Chicago, IL, November 2016 – January 2018
Expert in a lawsuit related to long term natural gas contracts.

Skadden, Arps, Slate, Meagher & Flom LLP, September 2016 – 2019
Expert in a lawsuit involving alleged failures of fiduciary oversight of a 401(k) plan.

Moore & VanAllen, Charlotte, NC, September 2016 – November 2016
Expert in a regulatory investigation into alleged fraudulent trading and in electronic exchange markets.

Davis, Polk & Wardell LLP, New York, NY, September 2016 – October 2017
Expert in a regulatory investigation into electronic trading in US government securities.

Sullivan & Cromwell, New York, NY, June 2015 – November 2015
Testifying expert in *USA v. Coscia., Illinois Northern District Court, Case No. 1:14-cr-00551*. Trial testimony on October 30, 2015 and November 2, 2015. Expert analysis of high frequency trading data, and properties of HFT traders in a variety of CME and ICE listed contract markets.

Gibson, Dunn & Crutcher, Washington DC, September 2015 – 2019
Expert in a regulatory investigation into trading in international bond markets.

Paul, Weiss, Rifkind, Wharton & Garrison LLP, New York, NY, September 2015 – May 2016
Expert in a regulatory investigation into trading in foreign exchange instruments.

Akin Gump, New York, NY, July 2015 – December 2015
Expert for mortgage backed securities and treasuries traders in a SEC investigation into securities dealing activities.

UBS, New York, NY, July 2015 – May 2016
Expert for UBS, in the matter of *UBS AG against SIX Swiss Exchange AG* on market reaction to announcements of fines related to LIBOR manipulation dispute. Expert Report issued 8/14/2015.

Morgan, Lewis & Bockius, Philadelphia, PA, February 2015 – November 2015
Testifying expert for A-1 Specialized in *Alliance Industries Limited v. A-1 Specialized Services & Supplies, Inc., No. 2:2013cv02510*. Expert report issued 7/31/2015. Rebuttal Report issued 8/14/2015. Matter settled prior to testimony.

Kobre & Kim, New York, NY, June 2015 – 2018
Testifying expert for DRW in a lawsuit alleging market manipulation in interest rate markets. *US Commodity Futures Trading Commission v Donald R. Wilson and DRW*

8

JRYBARCZYK-004409

*Investments, LLC*. Expert report issued 7/27/2015. Deposed 8/28/2015. Trial Testimony 12/4/2016.

Schellenberg Wittmer, Zürich, Switzerland 2015 – March 2018
>Expert in a regulatory investigation into currency trading in relation to the Swiss National Bank removal of the EUR/CHF rate peg.

Clayton Utz, Sydney, AU. March 2015 – 2018
>Expert in a regulatory investigation into interest rate markets.

Cadwalader Wickersham & Taft, Washington DC October 2014 – January 2015
>Expert for a global financial institution in a Senate PSI investigation into copper physical trading, financial trading and warehousing.

In re: Aluminum Warehousing Antitrust Litigation, February 2014 – April 2016
>Expert for a global financial institution and its base metals warehouse operating company in a civil antitrust litigation matter involving aluminum trading and warehousing activities.

Winston & Strawn, Chicago, IL. January 2014 – March 2016
>Testifying expert in *In Re Crude Oil Commodity Futures Litigation*. Expert on issues of energy futures and derivatives trading, market manipulation and damages. Issued expert merits report, expert reply report, expert rebuttal report.

Morgan, Lewis & Bockius, Washington DC. January 2014 – February 2015
>Expert for an energy company in a regulatory investigation of trading in natural gas basis products.

Gibson, Dunn & Crutcher, New York, NY, November 2013 – 2019
>Expert for a global financial institution in a multijurisdictional investigation into global precious metals markets.

Sullivan & Cromwell, New York, NY, June 2013 – February 2014
>Testifying expert in *Morgan Stanley & Co. Inc. v. Peak Ridge Master SPC Ltd.*, case number 1:10-cv-08405, U.S. District Court for the Southern District of New York. Expert on trading in natural gas markets and the valuation of various natural gas contracts at issue in the default of a customer account. Expert report submitted August 22, 2013. Rebuttal Report. Deposed. Matter settled prior to trial.

Cadwalader Wickersham & Taft, Washington DC June 2013 – July 2014
>Expert for a grain marketing company in a CME investigation into futures and OTC trading of corn, soybeans, bean oil and bean meal.

Patton Boggs, Washington D.C., January 2013 – November 2014
>Testifying expert in *DTCC Data Repository (U.S.) LLC, and The Depository Trust & Clearing Corporation v. United States Commodity Futures Trading Commission.*

9

JRYBARCZYK-004410

Analysis of volumes in cleared swaps and futures, lost volume issues and certain rules approved by CFTC for the implementation of Dodd Frank market reforms related to the reporting of commodity, credit, FX and interest rate swap transactions to registered swap data repositories. Expert white papers submitted to CFTC in January 2013 and March 2013. Expert declaration issued 7/18/2013 (Updated 4/21/2014). Matter withdrawn by DTCC.

Sullivan & Cromwell, New York, NY, March 2013

Testifying expert for Dynamic Capital Management in the matter of CME Group, Inc., Market Regulation Department v. Dynamic Capital Management LLC (Administrative Exchange Enforcement Action). Expert analysis of commodity futures market pricing and calculation of an appropriate disgorgement amount related to a position limit rules violation in Natural Gas Futures trading. Expert reports issued March 2013. Matter Settled.

Cadwalader Wickersham & Taft, Washington DC March 2013 – December 2014

Expert for an energy company in an Intercontinental Exchange (ICE) inquiry into power and gas trading.

Gibson Dunn & Crutcher, New York, NY, December 2012 – 2022

Expert for an international financial institution in a series of international regulatory investigations of price manipulation in FX derivatives, interest rate swaps, swaptions and currency markets.

Sullivan & Cromwell, New York, NY, October 2012 – March 2014

Expert in a CFTC investigation of the futures and OTC natural gas derivatives trading activities of an energy trading hedge fund.

Simmons & Simmons LLP, London, UK, August 2012 –January 2013

Testifying expert in a UK High Court proceeding related to the valuation and distribution of funds to client account in connection with the bankruptcy of MF Global. Analysis of issues related to market practices in valuation of client portfolios and analysis of energy market prices and liquidity in the days and weeks following bankruptcy. *In the Matter of MF Global UK Limited (in Special Administration) and In the Matter of the Investment Bank Special Administration Regulations 2011*, in the High Court of Justice, Chancery Division, Companies Court. Expert report submitted on 10/11/2012, *Joint Expert Statement* also submitted.

Duane Morris, LP, Philadelphia, PA, August 2012 – March 2014

Expert in SEC and CFTC investigations of the futures and OTC energy derivatives trading activities of a high net worth individual.

Dornbush Schaeffer Strongin & Venaglia, LLP, New York, NY, May 2012 – February 2014

Expert in an employment dispute related to the alleged deliberate "mismarking" of a portfolio of financial instruments.

10

Greenberg Traurig / Kobre & Kim, Miami, FL April 2012 – March 2016
> *US Commodity Futures Trading Commission v. Worth Group Inc et a.* Report and deposition on issues of commodity trading and delivery in precious metals markets. Report issued November 4, 2013. Deposed February 19, 2015. Settlement.

Akin, Gump, Strauss, Hauer & Feld LLP, New York, NY, February 2012 – January 2015
> Damages expert at mediation of a dispute related to alleged manipulation of metals futures transactions and associated physical metals contracts.

Confidential Commodity Market Information Service, December 2011 – 2012
> Expert in a CFTC investigation into the suitability of certain commodity market price benchmarks for use in valuations and settlements of commodity futures and OTC commodities contracts.

Sullivan & Cromwell, New York, NY, May 2011 – December 2012
> Expert for J.P. Morgan Chase & Co. in: *IN RE COMMODITY EXCHANGE, INC., SILVER FUTURES AND OPTIONS TRADING LITIGATION.* Expert on issues of market pricing in futures and OTC metals markets in a civil class action related to alleged market manipulation. Defendants' Motion to Dismiss was granted in December 2012.

Skadden, Arps, Slate, Meagher & Flom LLP, November 2011 – November 2013
> Expert at mediation in a dispute over valuation and damages related to a large portfolio of terminated commodity hedge transactions executed with Lehman Brothers Commodity Services. Expert witness at ADR Mediation on 6/4/2012.

Gibson Dunn & Crutcher, New York, NY, Jan 2011 – 2022
> Expert for an international financial institution in a series of domestic and international regulatory investigations in interest rate, commodity and currency derivatives markets.

Dewey LeBoeuf, Winston & Strawn, Chicago, IL, January 2011 – 2014
> Expert for an international commodity trading company in a CFTC investigation of trading activities in physical oil, grades and WTI futures. Matter Settled.

Sullivan & Cromwell, New York, NY, Jan 2011 – May 2014
> Expert for an international securities dealer in a regulatory investigation of trading activity in small-cap equities options.

Schiff, Hardin LLP, Chicago, IL, 2011 – April 2015
> Expert for an international commodities dealer in the mediation/settlement proceedings of a civil class action regarding alleged manipulation of various US commodity futures markets.

Bingham McCutchen, Washington, DC, November 2010 – 2011
> Expert consultant for Centaurus Energy Advisors LLC in a CFTC investigation involving the possible manipulation of the market price of Natural Gas futures.

11

JRYBARCZYK-004412

Morgan, Lewis & Bockius, Washington DC, July 2010 – 2017
>   Expert for BP America Inc., BP Corporation North America Inc., BP America Production Company, and BP Energy Company in a regulatory matter involving the trading of natural gas swaps, physical gas and gas transportation on intrastate pipelines. Delivered expert report and affidavit to CFTC and FERC regarding high frequency trading analysis. Order to Show Cause Expert Report submitted to FERC on October 4th, 2013. Submitted rebuttal testimony on January 6th, 2014. Deposed. Testified at hearing.

Sullivan & Cromwell, New York, NY, May 2010 – September 2013
>   Expert for J.P. Morgan Chase & Co. in the multi-year CFTC investigation into copper, silver and other precious metals markets. Delivered two confidential expert reports of analytical findings and presented findings to CFTC. Matter closed by CFTC in 2013 with no findings of manipulation.

Akin, Gump, Strauss, Hauer & Feld LLP, New York, NY, May 2010 – September 2013
>   Expert for Moore Capital Management, LP in *In re: Platinum and Palladium Commodities Litigation*, case number 1:10-cv-03617, in the U.S. District Court for the Southern District of New York. Civil class action lawsuit regarding alleged manipulation of precious metals derivatives markets. Expert at mediation. Matter settled.

Confidential Airline, March 2010 – July 2010
>   Expert at mediation in a dispute over a large portfolio of terminated commodity hedge transactions executed with Lehman Brothers. Examined real-time market trading activity, market liquidity and depth, determined transactions costs and valued the portfolio of replacement trades. Matter settled at mediation.

Shoemaker, Ghiselli + Schwartz, Boulder, CO, March 2010 – 2012
>   Expert in a bankruptcy case involving over-the-counter forward agricultural commodity hedge transactions.

Wilmer Cutler Pickering Hale and Dorr LLP, New York, NY, February 2010 – April 2012
>   Expert in a FINRA dispute arbitration involving trading in S&P 500 equity options contracts.

McDermott, Will & Emery, Washington, DC, February 2010 – December 2011
>   Expert consultant for Constellation Energy in a FERC investigation regarding trading in energy and related derivatives markets. Matter settled.

Parker Poe, Charlotte, North Carolina, January 2010 – December 2012
>   Testifying expert in a dispute related to several physical fuel transactions executed in 2007. *Speedway Motorsports Int'l. v. Bronwen Energy Trading, Ltd., 2009 NCBC 3.* Submitted expert report on 2/15/10. Deposed.

Paul, Weiss, Rifkind, Wharton & Garrison LLP, New York, NY, January 2010 – January 2015

12

JRYBARCZYK-004413

Expert consultant in a valuation dispute involving a portfolio containing over the counter equity, credit, fixed income, FX and other derivatives transactions.

Park & Jensen LLC, September 2009 – August 2011
> Testifying expert in criminal case; *U.S. v. Cassidy, U.S. District Court, Southern District of New York (Manhattan)* in connection with the valuation of a large portfolio of overthe-counter natural gas options contracts. Case settled prior to testimony on 8/15/11.

Wolf, Haldenstein, Adler, Freeman & Herz LLP, New York, NY, July 2009 – Sept 2010
> Testifying expert in the matter of *RNK CAPITAL LLC, v NATSOURCE LLC*. Submitted an NYCPLR 3101(d) expert witness disclosure related to trading and brokerage practices in over the counter products. Matter was adjourned.

Skadden Arps w/ Cadwalader, Washington, DC, June 2009 – December 2017
> Expert for a large international bank in a FERC investigation regarding trading in over the counter US power markets. Presented preliminary findings to FERC in July 2010. Presented additional findings to FERC in April 2011.

McDermott, Will & Emery, Washington, DC, June 2009 – 2010
> Expert in a civil matter regarding alleged manipulation of dairy spot and futures markets.

Schiff, Hardin LLP, Chicago, IL, May 2009 – 2011
> Expert in *CFTC v. Optiver US LLC et al,* U.S. District court, Southern District of New York, No. 08-06560. Expert regarding alleged manipulation of various energy futures contract markets. Matter settled.

Royal Canadian Mounted Police, September 2009 – 2011
> Expert consultant in a matter involving copper trading and related financial transactions.

Akin, Gump, Strauss, Hauer & Feld LLP, New York, NY, May 2009 – May 2010
> Expert for Hedge Fund Moore Capital Management, LP in a CFTC investigation regarding trading in precious metals derivatives markets. Presented preliminary findings to CFTC. Matter settled.

McDermott, Will & Emery, Washington, DC, April 2009 – 2010
> Expert in a CFTC investigation regarding trading in crude oil futures markets. Matter settled.

Sullivan & Cromwell, New York, NY, November 2005 – 2007
> Expert for a large international energy company in a regulatory matter involving the possible manipulation of US commodity products markets.

McKee Nelson LLP, Washington, DC, May 2006 – 2007

13

JRYBARCZYK-004414

Expert consultant for Centaurus Energy Advisors LLC in a regulatory matter involving the possible manipulation of the market price of Natural Gas.

Sullivan & Cromwell, New York, NY, November 2005 – 2007
Expert consultant for BP Products North America in a regulatory matter involving the possible manipulation of the market price for Propane. *Commodity Futures Trading Commission v. BP Products North America, Inc., 1:06-cv-03503.*

Davis Polk & Wardell, LLC. 2006 – 2007
Expert consultant in a matter related to alleged anticompetitive activities in LME copper markets.

Jones Day, Los Angeles, CA, October 2005 – October 2006
Consulting expert in a dispute involving the structuring and valuation of a municipal basis swap. *West Basin Municipal Water District v. P.G. Corbin and Company, et al.*, Superior Court of the State of California.

Jones Day, New York, NY, 2005
Testifying expert on issues related to electricity market valuation in a power contract termination dispute. Expert report and deposition. *Ohio Power Company and AEP Power Marketing, Inc. v. Tractebel Energy Marketing Inc.*; Southern District Court of New York, No. 03 Civ. 6770 (HB) (JCF).

Jones Day, Columbus, OH, September 2004 – 2005
Expert at mediation for AEP in a matter involving the termination amount payable for a portfolio of natural gas transactions under the ISDA Master Agreement. *In the Matter of AEP Energy Services, Inc. and American Electric Power Company Inc. v. Bank of Montreal*, Civil Action C2-03-335, United States District Court, Southern District of Ohio Eastern Division. Matter settled at mediation.

White & Case, Atlanta, GA, 2004 – 2006
Consulting expert for Mirant Corporation in a matter regarding the fair valuation of electricity tolling contracts for the Perryville energy station. *In the bankruptcy matter Mirant Corp. v. Perryville Energy Partners;* No 03-46590; United States Bankruptcy Court for the Northern District of Texas Fort Worth Division.

Vinson & Elkins, LLP, Houston, TX, July 2004 – September 2006
Expert for defense counsel for Duke Energy in an American Arbitration Association dispute with its joint-venture partner regarding the operation and profitability of the venture.

Joint Defense Group, New York, NY, January 2004 – January 2007
Consulting expert for defense counsel in a class action suit alleging manipulation of the NYMEX futures market for natural gas by leading energy marketers as a result of allegedly misreporting the prices of various spot transactions to industry trade

14

JRYBARCZYK-004415

publications. *In Re: Natural Gas Commodities Litigation*, In the United States District Court, Southern District of New York, Case No. 03-CV-6186 (VM).

Gibson, Dunn & Crutcher, New York, NY, 2004 – 2006
Expert consultant assisting in review of financial institutions' exposure to Enron litigation related to certain commodity contracts.

White & Case, Atlanta, GA, 2004 – 2005
Expert consultant assisting in settlement proceedings for four rejected long-term gas transportation agreements on natural gas pipelines. Provided independent valuation and pricing analyses on Kern River, TransCanada, Enbridge and GTN pipelines.

McDermott, Will & Emery, Washington, DC, October 2003 – October 2004
Expert for Mirant Corp in a regulatory matter involving the alleged misreporting and manipulation of transaction prices in the daily and bid-week markets for natural gas. Assisted in research and analytical support related to an investigation by the CFTC.

Sullivan & Cromwell, New York, NY, January 2003 – 2005
Expert Intercontinental Exchange Inc. in litigation involving its use of NYMEX settlement prices for crude oil and natural gas futures. *New York Mercantile Exchange, Inc. v. IntercontinentalExchange, Inc.*, Civil Action No. 02 Civ. 9277 (JGK) (DF), United States District Court, Southern District of New York.

King & Spalding, Atlanta, GA, January 2002 – January 2003
Expert for Morgan Stanley in an arbitration case involving the forward sale of electricity in the wholesale power market. *In the Matter of Morgan Stanley Capital Group Inc., adv. Cobb Electric Membership Corporation and Snapping Shoals Electric Membership Corporation.*

Covington & Burling LLP, Washington, DC, 2002 – 2003
Expert consultant in litigation regarding price squeeze and monopolization claims against Pennsylvania Power & Light by a municipal electric utility.

## Selected Valuation, Risk, and Compliance Consulting

Confidential International Investment Bank, 2017 -2018
Independent review of trade surveillance systems, data feeds, policies and procedures as part of a comprehensive overhaul of trade compliance functions.

New York Green Bank/NYSERDA, 2015
Independent evaluator for bank administration services proposals.

Confidential Energy Company, 2014
Advisor on issues related to energy trading compliance, trade data screening, and education of various business groups on market manipulation theories.

15

JRYBARCZYK-004416

Confidential Merchant Energy Trading Company, 2013 – 2014
Analyzed bulk energy trading data for trading patterns and conduct consistent with potential rules violations and/or energy market manipulation.

Confidential Grain Elevator, 2011
Analyzed the hedging actions taken by the risk manager of grain merchandizing over several periods of volatility in agricultural markets across 2008 and 2009.

Confidential Sugar Refiner, 2010
Analyzed the refiners' hedging program and assessed the value of the bundled risk management services customers received under the refiners' exclusive term supply contracts.

MMC, 2010
Developed and analyzed strategic derivatives-based solutions and structured commodity options approaches to help resolve a dispute between Alaska Retirement Management Board and Mercer.

Confidential Financial Institution, 2010
Expert consultant for a Prime Brokerage regarding a client's margin calls, risk management and derivatives portfolio losses.

Confidential Hedge Fund, 2009
Expert valuation consultant for Hedge Fund seeking to bid into an auction for 'Full Requirements" load supply contracts.

Confidential Energy Trader, 2006
Expert consultant for Midwestern merchant generator looking to expand operations eastward to serve retail load in PJM. Conducted advisory work on PJM retail products, market liquidity, hedging strategies, and delivery risks.

TXU, Dallas, TX, 2006
Expert advisor for emissions trading program and emerging carbon risk policies. Development of preemptive strategies and solutions for anticipated carbon emissions regulations and trading programs.

Confidential Global Oil Company, 2006
Advised the clients' legal/compliance groups on the development of trade and market 'screeners' to be used in assessing past trading activity and in ongoing trade monitoring.

NRG, Princeton, NJ, 2004-2005
Credit advisor after ratings downgrade- Quantified collateral exposures on portfolio of gas and power contracts under ISDA, GISB and EEI agreements, advised on allocation of collateral / LC's, and contractual default issues.

16

JRYBARCZYK-004417

Confidential Independent Generator, 2005
> Expert advisor on valuation and product discounts for ISO-NE hydro generation station.

CEPCO, Boston, MA, 2005
> Benchmarking environmental risk management and enterprise risk management practices in the US energy industry.

NJ BGS/MD SOS Auctions, 2004 – 2007
> Credit and collateral advisor. Developed and implemented procedures for credit risk management of auction contracts. Ongoing advisor for market pricing and mark-to-market valuation.

Bloomberg/US Department of Justice, Washington, DC, 2004
> Expert advisor to DOJ on emerging natural gas and power trading, risk management, market liquidity, and credit management issues.

Yukos, Mazeikiu Nafta Refinery, Lithuania, 2004
> Expert consultant for risk management oversight and corporate risk management structure; potential crude and product hedging strategies, market risk, and credit risk.

Allegheny Energy, Hagerstown, MD, 2003
> Expert consultant to the Board of Directors. Retained to conduct an independent review of the company's methods, models, and reporting practices related to its cash flow forecasts.

Mirant Corp, Atlanta, GA, 2003-2005
> Risk management and commercial operations structure advisor. Advisory work included contract analysis, credit risk analysis, hedging strategy development, commercial practices improvement, valuation of gas, power, and tolling contracts.

Sierra Pacific Power Company/Nevada Power, Las Vegas, NV, 2002 – 2003
> Expert consultant on market analytics - Gas and electricity positions, default/credit management, scenario modeling, and commercial risk management processes. Reviewed and analyzed hundreds of transactions under dispute. Assessment of power procurement strategy leading up to the California Crisis

## Publications and Papers

*"ICE Volumes in Cleared Contracts",* 26 March, 2013. By Matthew Evans.

"*ICE Volumes in Cleared Contracts, CDS Market Update for May 2013*", 30 May, 2013. By Matthew Evans.

"*CME PROPOSED RULE 1001: ANTITRUST AND COST-BENEFIT ISSUES*", 14 January, 2013. By Ramsey Shehadeh, Matthew Evans and Bernard Reddy.

17

*"Options Backdating: A Primer"*, 5 October 2006. By Dr. Patrick Conroy and Matthew Evans et al.

## Testimony

Arbitration Hearing Testimony: *INTL FC STONE v Greaves, Holcomb, Pradko, Slanec.* (Detroit Block). June 21, 2023. NFA Arbitrations.

Arbitration Hearing Testimony: *INTL FC STONE v Afshar, Jones, Bromley, Harlow, Silbart.* (Los Angeles E Block). January 24, 2023. NFA Arbitrations.

Arbitration Hearing Testimony: *INTL FC STONE v Ahmad, Chin, Fialk, Hargreaves, Held, Rutz.* (New York 2 Block). October 18-19, 2022. NFA Arbitrations.

Arbitration Hearing Testimony: *INTL FC STONE v Love, Nakeeta, Narasimhalu, Neusel, Westover.* (Houston Block). August 8, 2022. NFA Arbitrations.

Arbitration Hearing Testimony: *INTL FC STONE v Abel, Imbault, Lagnese, Trembly, Troncoso.* (Boston Block). June 16, 2022. NFA Arbitrations.

Arbitration Hearing Testimony: *INTL FC STONE v Baxter, DK Industries, Kelly, Lynch, Mazza, Thacker.* (New York Block). May 18, 2022. NFA Arbitrations.

Arbitration Hearing Testimony: *Goldenberg v TD Ameritrade.* Chicago. May 4-5, 2022. NFA Arbitration.

Arbitration Hearing Testimony: *INTL FC STONE v Miller, Rast, Gorline & Gorline* (Atlanta Block). December 9, 2021. NFA Arbitration Case Nos.: 19-ARB-116, 19-ARB-117, 19-ARB-252, 19-ARB-255.

Deposition Testimony: *Platinum Partners Value Arbitrage Fund, LP; and Platinum Partners Liquid Opportunity Fund LP v. The Chicago Board Options Exchange; and The Options Clearing Corporation.* In the Circuit Court of Cook County Chancery Division. Case No. 10-CH-54472. January 16, 2020.

Trial Testimony: *US Commodity Futures Trading Commission v Donald R. Wilson and DRW Investments, LLC.* U.S. District Court, Southern District of New York, 13-cv-07884. December 5, 2016.

Deposition Testimony: *In Re: Term Commodities Cotton Futures Litigation*, U.S. District Court, Southern District of New York, 12-cv-05126. September 20, 2016.

Trial Testimony: *USA v. Coscia., Illinois Northern District Court, Case No. 1:14-cr-00551.* October 30, 2015 and November 2, 2015.

18

JRYBARCZYK-004419

Deposition Testimony: *US Commodity Futures Trading Commission v. Donald R. Wilson et al., case number 13-cv-07884, in the U.S. District Court for the Southern District of New York.* August 28, 2015.

Administrative Hearing: *Before the US Federal Energy Commission -- BP America Inc., et al. FERC Docket No. IN13-15-000.* April 14-15, 2015.

Deposition Testimony: *Before the US Federal Energy Commission -- BP America Inc., et al. FERC Docket No. IN13-15-000.* February 27, 2015 & March 9, 2015.

Deposition Testimony: *US Commodity Futures Trading Commission v. Worth Group Inc. et al.* February 19, 2015.

Deposition Testimony: *Morgan Stanley & Co. Inc. v. Peak Ridge Master SPC Ltd.*, case number 1:10-cv-08405, U.S. District Court for the Southern District of New York. October 29, 2013.

Deposition Testimony: *Speedway Motorsports Int'l. v. Bronwen Energy Trading, Ltd.,* 08-CVS-9450, State of North Carolina, County of Mecklenburg, In the General Court of Justice, Superior Court Division, March 2, 2010.

Deposition Testimony: Ohio Power Company and AEP Power Marketing, Inc. versus Tractebel Energy Marketing Inc.; Southern District Court of New York, No. 03 Civ. 6770 (HB) (JCF).

## Expert Witness Disclosures

Defendants' Expert Witness Disclosure: *Platinum Partners Value Arbitrage Fund, LP and Platinum Partners Liquid Opportunity Master Fund LP, v Chicago Board Options Exchange and The Options Clearing Corporation,* In the Circuit Court of Cook County, Illinois County Department, Law Division. Case No. 10 CH 54472. October 16, 2019.

Defendants' Expert Witness Disclosure: *U.S. v Matthew Connolly and Gavin Black* (16-cr-00370), U.S. District Court, Southern District of New York (Manhattan), September 2018.

Defendants' Expert Witness Disclosure: *U.S. v. Cassidy,* 08-CR-1101, U.S. District Court, Southern District of New York (Manhattan), July 29, 2011.

Plaintiffs' Expert Witness Disclosure (CPLR 3101(d)): *RNK CAPITAL LLC, v NATSOURCE LLC et al*., Supreme Court of the State of New York, County of New York, August 24, 2009.

## Expert Reports Issued to a Court or in an Administrative Proceeding

19

Expert Report: *INTL FC STONE v Afshar, Jones, Bromley, Harlow, Silbart.* (Los Angeles E Block). January 20, 2023. NFA Arbitrations.

Expert Report: *INTL FC STONE v Ahmad, Chin, Fialk, Hargreaves, Held, Rutz.* (New York 2 Block). October 16, 2022. NFA Arbitrations.

Expert Report: *INTL FC STONE v Love, Nakeeta, Narasimhalu, Neusel, Westover.* (Houston Block). August 4, 2022. NFA Arbitrations.

Expert Report: *INTL FC STONE v Abel, Imbault, Lagnese, Trembly, Troncoso.* (Boston Block). June 8, 2022.

Expert Report: *INTL FC STONE v Baxter, DK Industries, Kelly, Lynch, Mazza, Thacker.* (New York Block). April 19, 2022.

Expert Report: *INTL FC STONE v Miller, Rast, Gorline & Gorline* (Atlanta Block). November 19, 2021.

Expert Report: *Cliveden v Hellas Gold SA* Arbitrations (LCIA Case Nos. 204690 and 204691). April 9, 2021.

Expert Report: *Anthony Tristani, Radford Tarry, and Mark Marshall, v. Optionsellers.com, Inc. and James Cordier*, U.S. District Court, Eastern District of Texas, CASE NO.: 6:19-CV-00585-JDK. April 5, 2021

Class Certification Report: *In Re: Term Commodities Cotton Futures Litigation*, U.S. District Court, Southern District of New York, 12-cv-05126. March 9, 2021.

Expert Report*: North American Derivatives Exchange, Inc. Notice of Disciplinary Action,* TPI_2018_001. November 30, 2020.

Expert Damages Report: *In Re: Term Commodities Cotton Futures Litigation*, U.S. District Court, Southern District of New York, 12-cv-05126. July 22, 2019.

Expert Report: *Grünberg-Nord Entwicklungsgesellschaft mbH v Nassauische Sparkasse*. Court of Landgericht Wiesbaden, Germany. December 7, 2017.

Expert Declaration: *US Commodity Futures Trading Commission v Donald R. Wilson and DRW Investments, LLC.* No. 13 CIV 7884 (S.D.N.Y). November 4, 2016.

Expert Report: *Banca del Sempione SA v UBS AG*, before the Commercial Court of the Canton of Zurich.  September 7, 2016.

Expert Rebuttal Report: *In Re: Term Commodities Cotton Futures Litigation*, U.S. District Court, Southern District of New York, 12-cv-05126. July 11, 2016.

JRYBARCZYK-004421

Expert Report: *Aargauische Kantonalbank v UBS AG*, before the Commercial Court of the Canton of Zurich.  April 22, 2016.

Expert Response Report: *In Re: Term Commodities Cotton Futures Litigation*, U.S. District Court, Southern District of New York, 12-cv-05126. April 15, 2016.

Expert Report: *In Re: Term Commodities Cotton Futures Litigation*, U.S. District Court, Southern District of New York, 12-cv-05126. January 19, 2016.

Expert Report: Filed with the SIX Swiss Exchange Court of Arbitration, in the matter of *UBS AG against SIX Swiss Exchange AG* on market reaction to announcements of fines related to LIBOR manipulation dispute, August 14, 2015.

Expert Rebuttal Report: *Alliance Industries Limited v. A-1 Specialized Services & Supplies, Inc.,* No. 2:2013cv02510, Eastern District Court of Pennsylvania. August 14, 2015.

Expert Report: *Alliance Industries Limited v. A-1 Specialized Services & Supplies, Inc.,* No. 2:2013cv02510, Eastern District Court of Pennsylvania. July 31, 2015.

Expert Report: *US Commodity Futures Trading Commission v Donald R. Wilson and DRW Investments, LLC.* No. 13 CIV 7884 (S.D.N.Y). July 27, 2015.

Expert Prepared Responsive Testimony: *Before the US Federal Energy Commission -- BP America Inc., et al. FERC Docket No. IN13-15-000.* January 6, 2015.

Expert Merits Report: *In Re Crude Oil Commodity Futures Litigation*. No. 11-3600 (S.D.N.Y.) August 13, 2014.

Expert Merits Reply Report: *In Re Crude Oil Commodity Futures Litigation*. No. 11-3600 (S.D.N.Y.) September 8, 2014.

Expert Merits Rebuttal Report: *In Re Crude Oil Commodity Futures Litigation*. No. 11-3600 (S.D.N.Y.) September 26, 2014.

Expert Reply Report: *Morgan Stanley & Co. Inc. v. Peak Ridge Master SPC Ltd.*, case number 1:10-cv-08405, U.S. District Court for the Southern District of New York. December 20, 2013.

Expert Report: Expert report for Worth Group Inc. in *US Commodity Futures Trading Commission v. Worth Group Inc et al.* November 4, 2013.

Expert Affidavit: Export testimony for BP America Inc., BP Corporation North America Inc., BP America Production Company, and BP Energy Company in response to FERC *Order To Show Cause and Notice of Proposed Penalty, August 5, 2013*. Docket No.IN13-15-000. October 3, 2013.

Expert Report: *Morgan Stanley & Co. Inc. v. Peak Ridge Master SPC Ltd.*, case number 1:10-cv-

JRYBARCZYK-004422

08405, U.S. District Court for the Southern District of New York. August 22, 2013.

Expert Declaration: *DTCC Data Repository (U.S.) LLC, and The Depository Trust & Clearing Corporation v. United States Commodity Futures Trading Commission,* U.S. District Court, District of Columbia, July 18, 2013 (updated April 21, 2014).

Expert Report: *CME Group, Inc., Market Regulation Department v. Dynamic Capital Management LLC* (Administrative Exchange Enforcement Action).

Expert Report: *In the Matter of MF Global UK Limited (in Special Administration) and In the Matter of the Investment Bank Special Administration Regulations 2011*, in the High Court of Justice, Chancery Division, Companies Court.

Joint Expert Statement: Agreed Expert Statement between Dr. Desmond Fitzgerald and Mr. Matthew Evans. *In the Matter of MF Global UK Limited (in Special Administration) and In the Matter of the Investment Bank Special Administration Regulations 2011*, in the High Court of Justice, Chancery Division, Companies Court.

Expert Report: *Speedway Motorsports Int'l. v. Bronwen Energy Trading, Ltd.,* 08-CVS-9450, State of North Carolina, County of Mecklenburg, In the General Court of Justice, Superior Court Division.

Expert Report: *Ohio Power Company and AEP Power Marketing, Inc. v. Tractebel Energy Marketing Inc.*; Southern District Court of New York, No. 03 Civ. 6770 (HB) (JCF).

8/1/2023

22

JRYBARCZYK-004423

# EXHIBIT "B"

JRYBARCZYK-004424

# Level I Quotes and Trades Data Purchasing Guide

*TickData.com*
- Purchase U.S. Equity Level I Quotes and Trades data for January 01, 2020 to January 01, 2023 from TickData.com, screenshot below



- Click next and select the relevant tickers, screenshot below



JRYBARCZYK-004425

- Use TickWrite software to extract single files for each relevant equity ticker, screenshot of settings included below, and set the time zone to GMT under Formatting/Filtering



- Save the exported CSV files

JRYBARCZYK-004426

# Order History

Original Indictment Tickers (6/14/2023):

**U.S. - Quote Data**

| Symbol | Description | Effective Date | Expiration Date |
|--------|-------------|----------------|-----------------|
| ABVC | ABVC BIOPHARMA INC | 08/03/2021 | 12/31/2021 |
| EZFL | EZFILL HOLDINGS INC | 09/15/2021 | 12/31/2021 |
| GTT | GTT COMMUNICATIONS INC | 07/01/2020 | 07/05/2021 |
| NAKD | CENNTRO ELECTRIC GROUP LIMIT | 07/01/2020 | 12/31/2021 |
| SXTC | CHINA SXT PHARMACEUTICALS INC | 07/01/2020 | 12/31/2021 |
| UPC | UNIVERSE PHARMACEUTICALS INC | 03/23/2021 | 12/31/2021 |

**U.S. - Trade Data**

| Symbol | Description | Effective Date | Expiration Date |
|--------|-------------|----------------|-----------------|
| ABVC | ABVC BIOPHARMA INC | 08/03/2021 | 12/31/2021 |
| EZFL | EZFILL HOLDINGS INC | 09/15/2021 | 12/31/2021 |
| GTT | GTT COMMUNICATIONS INC | 07/01/2020 | 07/05/2021 |
| NAKD | CENNTRO ELECTRIC GROUP LIMIT | 07/01/2020 | 12/31/2021 |
| SXTC | CHINA SXT PHARMACEUTICALS INC | 07/01/2020 | 12/31/2021 |
| UPC | UNIVERSE PHARMACEUTICALS INC | 03/23/2021 | 12/31/2021 |

Extended List of Tickers (7/27/2023):

**U.S. - Quote Data**

| Symbol | Description | Effective Date | Expiration Date |
|--------|-------------|----------------|-----------------|
| ABVC | ABVC BIOPHARMA INC | 01/01/2022 | 01/01/2023 |
| AMCI | AMCI ACQUISITION CORP | 01/01/2020 | 01/01/2023 |
| ACST | ACASTI PHARMA INC | 01/01/2020 | 01/01/2023 |
| ADMP | ADAMIS PHARMACEUTICALS CORP | 01/01/2020 | 01/01/2023 |
| AEI | ALSET INC | 11/24/2020 | 01/01/2023 |
| AEMD | AETHLON MEDICAL INC | 01/01/2020 | 01/01/2023 |
| AGRI | AGRIFORCE GROWING SYSTEMS LTD | 07/08/2021 | 01/01/2023 |
| AHI | ADVANCED HEALTH INTELLIGENCE L | 11/19/2021 | 01/01/2023 |
| AHPI | ALLIED HEALTHCARE PRODS INC | 01/01/2020 | 01/01/2023 |
| AHT | ASHFORD HOSPITALITY TRUST INC | 01/01/2020 | 01/01/2023 |
| AIHS | SENMIAO TECHNOLOGY LTD | 01/01/2020 | 01/01/2023 |
| ALF | ALFI INC | 04/30/2021 | 01/01/2023 |
| ALZN | ALZAMEND NEURO INC | 06/15/2021 | 01/01/2023 |
| APRE | APREA THERAPEUTICS INC | 01/01/2020 | 01/01/2023 |
| AREC | AMERICAN RESOURCES CORP | 01/01/2020 | 01/01/2023 |
| AVGR | AVINGER INC | 01/01/2020 | 01/01/2023 |
| BBI | FRESH TRACKS THERAPEUTICS IN | 01/01/2020 | 01/01/2023 |
| BBIG | VINCO VENTURES INC | 01/01/2020 | 01/01/2023 |
| BCTX | BRIACELL THERAPEUTICS CORP | 02/24/2021 | 01/01/2023 |
| BFRI | BIOFRONTERA INC | 10/29/2021 | 01/01/2023 |
| BHTG | RENOVARE ENVIRONMENTAL INC | 01/01/2020 | 01/01/2023 |
| BRQS | BORQS TECHNOLOGIES INC | 01/01/2020 | 01/01/2023 |
| CBAT | CBAK ENERGY TECHNOLOGY INC | 01/01/2020 | 01/01/2023 |
| CEI | CAMBER ENERGY INC | 01/01/2020 | 01/01/2023 |
| CHEK | CHECK CAP LTD | 01/01/2020 | 01/01/2023 |
| CNTX | CONTEXT THERAPEUTICS INC | 10/20/2021 | 01/01/2023 |
| COMS | COMSOVEREIGN HLDG CORP | 01/22/2021 | 01/01/2023 |
| CSCW | COLOR STAR TECHNOLOGY CO LTD | 01/01/2020 | 01/01/2023 |

JRYBARCZYK-004427

| | | | |
|---|---|---|---|
| CXDC | CHINA XD PLASTICS CO LTD | 01/01/2020 | 01/01/2023 |
| CYN | CYNGN INC | 10/20/2021 | 01/01/2023 |
| DATS | DATCHAT INC | 08/13/2021 | 01/01/2023 |
| DBGI | DIGITAL BRANDS GROUP INC | 05/14/2021 | 01/01/2023 |
| DLPN | DOLPHIN DIGITAL MEDIA INC | 01/01/2020 | 01/01/2023 |
| EARS | ALTAMIRA THERAPEUTICS LTD | 01/01/2020 | 01/01/2023 |
| EZFL | EZFILL HOLDINGS INC | 01/01/2022 | 01/01/2023 |
| FCEL | FUELCELL ENERGY INC | 01/01/2020 | 01/01/2023 |
| FGF | FG FINANCIAL GROUP INC | 01/01/2020 | 01/01/2023 |
| GNUS | KARTOON STUDIOS INC. | 01/01/2020 | 01/01/2023 |
| GRTX | GALERA THERAPEUTICS INC | 01/01/2020 | 01/01/2023 |
| GTEC | GREENLAND TECHNOLOGIES HLDG | 01/01/2020 | 01/01/2023 |
| GTT | GTT COMMUNICATIONS INC | 07/06/2021 | 01/01/2023 |
| HCDI | HARBOR CUSTOM DEVELOPMENT INC | 08/28/2020 | 01/01/2023 |
| HCWB | HCW BIOLOGICS INC | 07/20/2021 | 01/01/2023 |
| HJLI | ENVVENO MEDICAL CORPORATION | 01/01/2020 | 01/01/2023 |
| HOFV | HALL OF FAME RESORT & ENTMT CO | 07/02/2020 | 01/01/2023 |
| IPDN | PROFESSIONAL DVRSTY NTWORK INC | 01/01/2020 | 01/01/2023 |
| ISIG | LENDWAY INC | 01/01/2020 | 01/01/2023 |
| JAGX | JAGUAR HEALTH INC | 01/01/2020 | 01/01/2023 |
| JAN | JANONE INC | 01/01/2020 | 01/01/2023 |
| KAVL | KAIVAL BRNDS INNOVATNS GRP I | 07/29/2021 | 01/01/2023 |
| KERN | AKERNA CORP | 01/01/2020 | 01/01/2023 |
| KIQ | KELSO TECHNOLOGIES INC | 01/01/2020 | 01/01/2023 |
| KTTA | PASITHEA THERAPEUTICS CORP | 09/15/2021 | 01/01/2023 |
| KXIN | KAIXIN AUTO HLDGS | 01/01/2020 | 01/01/2023 |
| LLIT | NEWEGG COMMERCE INC | 01/01/2020 | 01/01/2023 |
| LMFA | LM FUNDING AMERICA INC | 01/01/2020 | 01/01/2023 |
| LOTZ | CARLOTZ INC | 01/01/2020 | 01/01/2023 |
| MDRR | MEDALIST DIVERSIFIED REIT INC | 01/01/2020 | 01/01/2023 |
| METX | METEN HOLDING GROUP LTD | 03/31/2020 | 01/01/2023 |
| MGLD | THE MARYGOLD COMPANIES INC | 03/10/2022 | 01/01/2023 |
| MITQ | Moving iMage Technologies, Inc. | 07/08/2021 | 01/01/2023 |
| MTSL | SHARPLINK GAMING LTD | 01/01/2020 | 01/01/2023 |
| MULN | MULLEN AUTOMOTIVE INC | 01/01/2020 | 01/01/2023 |
| MYSZ | MY SIZE INC | 01/01/2020 | 01/01/2023 |
| NAKD | CENNTRO ELECTRIC GROUP LIMIT | 01/01/2022 | 01/01/2023 |
| NETE | MULLEN AUTOMOTIVE INC | 01/01/2020 | 01/01/2023 |
| NOVN | NOVAN INC | 01/01/2020 | 01/01/2023 |
| NTEC | INDAPTUS THERAPEUTICS INC | 01/01/2020 | 01/01/2023 |
| NTRB | NUTRIBAND INC | 10/01/2021 | 01/01/2023 |
| NXTD | LOGICMARK INC | 01/01/2020 | 01/01/2023 |
| OBLN | RESHAPE LIFESCIENCES INC | 01/01/2020 | 01/01/2023 |
| OGEN | ORAGENICS INC | 01/01/2020 | 01/01/2023 |
| ONTX | ONCONOVA THERAPEUTICS INC | 01/01/2020 | 01/01/2023 |
| OXBR | OXBRIDGE RE HOLDINGS LTD | 01/01/2020 | 01/01/2023 |
| PPSI | PIONEER POWER SOLUTIONS INC | 01/01/2020 | 01/01/2023 |
| PRFX | PAINREFORM LTD | 09/01/2320 | 01/01/2023 |
| REDU | NAAS TECHNOLOGY INC | 01/01/2020 | 01/01/2023 |
| RGLS | REGULUS THERAPEUTICS INC | 01/01/2020 | 01/01/2023 |
| RHE | REGIONAL HEALTH PROPERTIES INC | 01/01/2020 | 01/01/2023 |
| RNAZ | TransCode Therapeutics, Inc. Common Stock | 07/09/2021 | 01/01/2023 |
| SINO | SINGULARITY FUTURE TECH LTD | 01/01/2020 | 01/01/2023 |
| SNDL | SNDL INC | 01/01/2020 | 01/01/2023 |
| SNOA | SONOMA PHARMACEUTICALS INC. | 01/01/2020 | 01/01/2023 |
| SOS | SOS LIMITED | 01/01/2020 | 01/01/2023 |
| STAF | STAFFING 360 SOLUTIONS INC | 01/01/2020 | 01/01/2023 |
| SUPV | GRUPO SUPERVIELLE S.A. | 01/01/2020 | 01/01/2023 |

JRYBARCZYK-004428

| SURG | SURGEPAYS INC | 11/02/2021 | 01/01/2023 |
| SXTC | CHINA SXT PHARMACEUTICALS INC | 01/01/2022 | 01/01/2023 |
| SYPR | SYPRIS SOLUTIONS INC (DE) | 01/01/2020 | 01/01/2023 |
| TGC | RILEY EXPLORATION PERMIAN IN | 01/01/2020 | 01/01/2023 |
| TMBR | TIMBER PHARMACEUTICALS INC | 01/01/2020 | 01/01/2023 |
| TRCH | META MATERIALS INC | 01/01/2020 | 01/01/2023 |
| UPC | UNIVERSE PHARMACEUTICALS INC | 01/01/2022 | 01/01/2023 |
| USEG | U S ENERGY CORP DEL | 01/01/2020 | 01/01/2023 |
| VISL | VISLINK TECHNOLOGIES INC | 01/01/2020 | 01/01/2023 |
| VRPX | VIRPAX PHARMACEUTICALS INC | 02/17/2021 | 01/01/2023 |
| VTVT | VTv Therapeutics Inc | 01/01/2020 | 01/01/2023 |
| WAFU | WAH FU EDUCATION GROUP LIMITED | 01/01/2020 | 01/01/2023 |
| WORX | SCWORX CORP | 01/01/2020 | 01/01/2023 |
| WPG | WASHINGTON PRIME GROUP NEW | 01/01/2020 | 01/01/2023 |
| WWR | WESTWATER RESOURCES INC | 01/01/2020 | 01/01/2023 |
| XRTX | XORTX THERAPEUTICS INC | 10/13/2021 | 01/01/2023 |
| YVR | LIQUID MEDIA GROUP LTD | 01/01/2020 | 01/01/2023 |
| ZYNE | ZYNERBA PHARMACEUTICALS INC COM STK (DE) | 01/01/2020 | 01/01/2023 |

JRYBARCZYK-004429

# EXHIBIT "C"

JRYBARCZYK-004430

**John Rybarczyk**
**UPC - July 22 2021 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004431

**John Rybarczyk**
**UPC - July 23 2021 - 4:00 to 7:19 AM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004432

**John Rybarczyk**
**UPC - July 23 2021 - 4:00 to 7:19 AM**



Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004433

**John Rybarczyk**
**UPC - July 23 2021 - 7:00 to 7:40 AM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004434

**John Rybarczyk**
**UPC - July 23 2021 - 7:00 to 7:40 AM**



Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change



John Rybarczyk
UPC - July 23 2021 - 7:34 to 7:35 AM

Limit order of 50,000 shares placed at 7:34:25 at $4.40, fully filled within 3 seconds

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004436

**John Rybarczyk**
**UPC - July 23 2021 - 7:34 to 7:35 AM**



Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004437

John Rybarczyk
UPC - July 23 2021 - 9:00 to 9:45 AM



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004438



John Rybarczyk
UPC - July 23 2021 - 9:00 to 9:45 AM

Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004439

**John Rybarczyk**
SXTC - September 11 2020 - 4:00 AM to 8:00 PM



| Time | Side | No. Shares | Price ($) |
|------|------|-----------|-----------|
| 03:30:14 PM | BUY | 200,000 | $ 0.2455 |
| 03:32:05 PM | BUY | 200,000 | $ 0.2487 |

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004440

**John Rybarczyk**
**SXTC - September 14 2020 - 9:30 to 9:45 AM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004441

**John Rybarczyk**
**SXTC - September 14 2020 - 9:30 to 9:45 AM**



Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

John Rybarczyk
**ABVC - August 10 2021 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004443

**John Rybarczyk**
**ABVC - August 11 2021 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004444

John Rybarczyk
ABVC - August 11 2021 - 9:30 AM to 10:45 AM



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004445

**John Rybarczyk**
**ABVC - August 11 2021 - 9:30 AM to 10:45 AM**



Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change



John Rybarczyk
GTT - March 1 2021 - 1:00 to 2:30 PM

◆ Execution Price   ■ Market VWAP   ● Avg. Bid Price   ● Avg. Ask Price

01:37:00 PM    $GTT 24RSI +++ major multi billion $$$ catalyst https://t.co/TgAJ1v
01:39:00 PM    $GTT 110M market cap with 2B+ deal in place

□ Cumulative Position

1. Limit order for 200K shares placed at 13:26:32 at $1.73, filled within 1 second.
2. Limit order for 75K shares placed at 13:32:05 at $1.81, filled within 1 second.
3. Market order for 50K shares placed at 13:49:24, filled within 5 seconds between $1.92 and $1.935.
4. Market order for 25K shares placed at 14:00:46, filled within 1 second between $1.88 and $1.885.
5. Market order for 25K shares placed at 14:13:39, filled within 1 second between $1.86 and $1.885.

DRAFT - NOT FINAL

● Price Update Ratio

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change



John Rybarczyk
GTT - March 1 2021 - 1:00 to 2:30 PM



John Rybarczyk
GTT - March 1 2021 - 1:00 to 2:30 PM

1. Limit order for 200K shares placed at 13:26:32 at $1.73, filled within 1 second.
2. Limit order for 75K shares placed at 13:32:05 at $1.81, filled within 1 second.
3. Market order for 50K shares placed at 13:49:24, filled within 5 seconds between $1.92 and $1.935.
4. Market order for 25K shares placed at 14:00:46, filled within 1 second between $1.88 and $1.885.
5. Market order for 25K shares placed at 14:13:39, filled within 1 second between $1.86 and $1.885.

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004449

**John Rybarczyk**
**GTT - March 1 2021 - 1:00 to 2:30 PM**



Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change



John Rybarczyk
GTT - March 1 2021 - 3:30 to 8:00 PM

04:06:00 PM     $GTT Short squeeze to $3's

04:09:00 PM     $GTT Won't end pretty on the short side. Book value $3.44

09:35:00 PM     $GTT Insane weekly; One of the most beat up technology names out there. Just playing the bounce here. https://t.co/KH6GutjODs

1. Limit order for 75K shares placed at 15:50:50 at $1.80, partially filled 19,007 shares, canceled at 15:52:15.
2. Limit order for 55,993 shares placed at 15:52:15 at $1.88, filled within 1 second.
3. Limit order for 100K shares placed at 15:52:34 at $1.85, filled by 15:54:47.
4. Limit order for 75K shares placed at 15:58:02 at $1.83, partially filled 40,708 shares before expiring at the close.
5. Limit orders for 40,708 and 50K shares placed at 16:08:16 and 16:08:42 at $1.96, fully filled within 1 second.
6. Limit order for 50K shares placed at 17:19:56 at $1.90, fully filled by 17:22:22.

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004451

John Rybarczyk
**GTT - March 1 2021 - 3:30 to 8:00 PM**



Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change



John Rybarczyk
GTT - March 1 2021 - 3:30 to 8:00 PM

1. Limit order for 75K shares placed at 15:50:50 at $1.80, partially filled 19,007 shares, canceled at 15:52:15.
2. Limit order for 55,993 shares placed at 15:52:15 at $1.88, filled within 1 second.
3. Limit order for 100K shares placed at 15:52:34 at $1.85, filled by 15:54:47.
4. Limit order for 75K shares placed at 15:58:02 at $1.83, partially filled 40,708 shares before expiring at the close.
5. Limit orders for 40,708 and 50K shares placed at 16:08:16 and 16:08:42 at $1.96, fully filled within 1 second.
6. Limit order for 50K shares placed at 17:19:56 at $1.90, fully filled by 17:22:22.

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004453

John Rybarczyk
**GTT - March 1 2021 - 3:30 to 8:00 PM**



Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004454

John Rybarczyk
GTT - March 02 2021 - 4:00 AM to 8:00 PM



08:43:00 AM     $GTT Nice Dip buy!

DRAFT - NOT FINAL

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004455



**John Rybarczyk**
**EZFL - September 15 2021 - 4:00 AM to 8:00 PM**

| 11:10:00 AM | $EZFL Fresh IPO no warrants. I'm gonna add 300,000 |
| 11:16:00 AM | $EZFL IN HEAVY 300,000 SHARES got my full fill  Over $4.75 we're going to see $6.00+ Today! https://t.co/25ODFpA |
| 11:19:00 AM | $EZFL Once we break $4.5 clear ride to $6+ Zero Warrants is HUGE +++ |
| 11:26:00 AM | $EZFL Ready for parabolic mode. Let her settle 😁 |
| 11:30:00 AM | $EZFL 5 break cometh let's all get paid |

**Tweets flagged at 11:16, 11:19, 11:26, and 11:30.**

DRAFT - NOT FINAL

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004456



John Rybarczyk
EZFL - September 16 2021 - 4:00 AM to 8:00 PM

09:31:00 AM    $EZFL $6 then $10 https://t.co/JgfhkE2YuL
01:16:00 PM    @ToolManTrader @ripster47 5 break and I'm adding another 200K
01:22:00 PM    $EZFL $5 break b's! $6,7,8,9 — double D's

Tweets flagged at 9:31, 13:16, and 13:22.

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004457

**John Rybarczyk**
**EZFL - September 20 2021 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004458



John Rybarczyk
EZFL - September 28 2021 - 4:00 AM to 8:00 PM

02:03:00 PM     We will get paid huge on $EZFL not worried a bit. It's been under accumulation https://t.c

04:39:00 PM     $EZFL Will see $10 fyi. Others may have dipped and not said a word but idc. Their loss

DRAFT - NOT FINAL

Tweets flagged at 14:03 and 16:39.

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004459

**John Rybarczyk**
**EZFL - October 11 2021 - 4:00 AM to 8:00 PM**



09:30:00 AM    $EZFL 2.76M volume — give us $5+ today
09:58:00 AM    @notoriousalerts EZFL pushing nearly 12M volume already. No warrants. Let's see 5+++

Tweets flagged at
9:30 and 9:58 AM.

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004460



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004461



**John Rybarczyk**
**NAKD - September 24 2020 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change



John Rybarczyk
NAKD - September 25 2020 - 4:00 AM to 8:00 PM

09/25/2020    07:00:00 AM    $NAKD Move to the .20's for us!

DRAFT - NOT FINAL

Tweet flagged at
7:00 AM

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004463



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004464

John Rybarczyk
**NAKD - January 25 2021 - 4:00 AM to 8:00 PM**



$NAKD Grabbed 500k on the dip here. Double bottom support

DRAFT - NOT FINAL

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004465

**John Rybarczyk**
**NAKD - April 29 2021 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004466



**John Rybarczyk**
**NAKD - September 27 2021 - 4:00 AM to 8:00 PM**

| 08:57:00 AM | $NAKD 2M shares swing in this meme stock! Disruptive clean energy merger teases https://t.co/JYnVHxUKVj |
| 09:34:00 AM | $NAKD DAY #2 OF THIS ULTRA PENNY LFG |
| 09:39:00 AM | $NAKD CULT 1 — 2 — 3 |
| 09:43:00 AM | $NAKD Dips are gold. MULTI DAY |

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

**John Rybarczyk**
**NAKD - September 28 2021 - 4:00 AM to 8:00 PM**



09:01:00 AM    $NAKD Clean Energy + Merger…. Let's break over $1 today. Still full 2M shares

11:27:00 AM    $NAKD Dipping because of market. Still above our averages and holding full . Trap them shorties

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change



John Rybarczyk
NAKD - September 29 2021 - 4:00 AM to 8:00 PM

11:34:00 AM  $NAKD LOL here's proof. Full position for those that think I sold on you. Let it do its thing. We will run hard like $CEI too. Just needs time to come back up. CEO TALKING HUGE THINGS COMING https://
11:44:00 AM  $NAKD While the move into clean technology may be unexpected for a swimwear retailer, Davis-Rice said he had always been attracted to ESG opportunities.This company is a market leader with cutt
11:49:00 AM  $NAKD We are still getting the moonshot.   BIG DEAL IN THE MAKING!!! —&gt;The CEO didn't give any further details on the potential deal but said due diligence was progressing on both sides&lt;—
11:52:00 AM  $NAKD ONCE DEAL GETS ANNOUNCED WHICH CAN BE ANYDAY EVERYONE WILL BE CHASING IT! MERGER + CLEAN ENERGY MIC 🔗 DROP"

DRAFT - NOT FINAL

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004469

**John Rybarczyk**
**NAKD - September 30 2021 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004470

**John Rybarczyk**
**NAKD - October 01 2021 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004471



**John Rybarczyk**
**NAKD - October 04 2021 - 4:00 AM to 8:00 PM**

10:21:00 PM  $NAKD Full position intact for those asking.

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

John Rybarczyk
NAKD - June 14 2019 - 4:00 AM to 8:00 PM



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004473

**John Rybarczyk**
**NAKD - July 05 2019 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004474



John Rybarczyk
NAKD - July 16 2019 - 4:00 AM to 8:00 PM

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

**John Rybarczyk**
**NAKD - August 06 2019 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

**John Rybarczyk**
**NAKD - August 07 2019 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004477

**John Rybarczyk**
**NAKD - August 20 2019 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004478

**John Rybarczyk**
**NAKD - December 04 2019 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004479

**John Rybarczyk**
**NAKD - December 10 2019 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004480

John Rybarczyk
**NAKD - December 17 2019 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004481

John Rybarczyk
**NAKD - January 08 2020 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

John Rybarczyk
**NAKD - January 09 2020 - 4:00 AM to 8:00 PM**



DRAFT - NOT FINAL

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004483



John Rybarczyk
**NAKD - January 23 2020 - 4:00 AM to 8:00 PM**

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004484



**John Rybarczyk**
**NAKD - April 24 2020 - 4:00 AM to 8:00 PM**

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004485

**John Rybarczyk**
**NAKD - May 12 2020 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

**John Rybarczyk**
**NAKD - May 13 2020 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004487



John Rybarczyk
NAKD - June 03 2020 - 4:00 AM to 8:00 PM

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004488

**John Rybarczyk**
**NAKD - June 10 2020 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change



John Rybarczyk
**NAKD - June 26 2020 - 4:00 AM to 8:00 PM**

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
**Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change**

JRYBARCZYK-004490



John Rybarczyk
NAKD - July 15 2020 - 4:00 AM to 8:00 PM

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004491

John Rybarczyk



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004492



**John Rybarczyk**
**NAKD - July 24 2020 - 4:00 AM to 8:00 PM**

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004493



John Rybarczyk
NAKD - September 24 2020 - 4:00 AM to 8:00 PM

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

John Rybarczyk

**NAKD - September 25 2020 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004495



John Rybarczyk
**NAKD - January 04 2021 - 4:00 AM to 8:00 PM**

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004496

John Rybarczyk
**NAKD - January 05 2021 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004497



John Rybarczyk
NAKD - January 06 2021 - 4:00 AM to 8:00 PM

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004498

John Rybarczyk
**NAKD - January 07 2021 - 4:00 AM to 8:00 PM**



DRAFT - NOT FINAL

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004499



John Rybarczyk
**NAKD - January 25 2021 - 4:00 AM to 8:00 PM**

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004500

John Rybarczyk

**NAKD - January 27 2021 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004501

John Rybarczyk



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004502



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004503



John Rybarczyk
NAKD - February 10 2021 - 4:00 AM to 8:00 PM

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004504



John Rybarczyk
NAKD - November 11 2021 - 4:00 AM to 8:00 PM

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004505



John Rybarczyk
**NAKD - March 08 2021 - 4:00 AM to 8:00 PM**

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004506

John Rybarczyk



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

John Rybarczyk



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004508

**John Rybarczyk**
**NAKD - April 29 2021 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change



John Rybarczyk
NAKD - April 30 2021 - 4:00 AM to 8:00 PM

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004510



**John Rybarczyk**
**NAKD - May 03 2021 - 4:00 AM to 8:00 PM**

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004511

John Rybarczyk
NAKD - May 04 2021 - 4:00 AM to 8:00 PM



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004512



John Rybarczyk
NAKD - May 05 2021 - 4:00 AM to 8:00 PM

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004513



John Rybarczyk
NAKD - May 06 2021 - 4:00 AM to 8:00 PM

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004514



John Rybarczyk
NAKD - July 02 2021 - 4:00 AM to 8:00 PM

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004515

John Rybarczyk
**NAKD - July 05 2021 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

John Rybarczyk

NAKD - July 06 2021 - 4:00 AM to 8:00 PM



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004517



John Rybarczyk

NAKD - September 24 2021 - 4:00 AM to 8:00 PM

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004518

John Rybarczyk
NAKD - September 27 2021 - 4:00 AM to 8:00 PM



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004519



John Rybarczyk
**NAKD - September 28 2021 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004520



John Rybarczyk
NAKD - September 29 2021 - 4:00 AM to 8:00 PM

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004521



John Rybarczyk
**NAKD - September 30 2021 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004522

John Rybarczyk
**NAKD - October 01 2021 - 4:00 AM to 8:00 PM**



Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004523



John Rybarczyk
NAKD - October 04 2021 - 4:00 AM to 8:00 PM

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004524



John Rybarczyk
NAKD - November 22 2021 - 4:00 AM to 8:00 PM

Note: the Price Update Ratio is calculated as the count of bid price updates divided by the count of ask price updates.
Privileged and Confidential - Produced at the Request of Counsel - DRAFT - Subject to Change

JRYBARCZYK-004525