United States District Court
Southern District of Texas
**ENTERED**
April 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. 4:22-CR-612 |
| | § | |
| PERRY "PJ" MATLOCK | § | |

### ORDER ON MOTION FOR RETURN OF PROPERTY

ON THIS DAY came to be considered Defendant's Motion for Return of Property, and having been considered, said Motion is hereby:

✓ _____ GRANTED.

_____ DENIED.

DONE AND ENTERED at Houston, Texas on this the 10th day of ~~March~~ April 2024.

_____
HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE