United States District Court
Southern District of Texas
**ENTERED**
April 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:22-CR-612 |
| § | |
| PERRY "PJ" MATLOCK § | |

## ORDER ON MOTION FOR RELEASE OF BOND

ON THIS DAY came to be considered Defendant's Motion for Release of Bond, and having been considered, said Motion is hereby:

___✓___ GRANTED.

_____ DENIED.

DONE AND ENTERED at Houston, Texas on this the 16th day of April 2024.

_____
HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE