**TRANSCRIPT ORDER FORM (DKT-13)**     <span style="color:red">**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**</span>

District Court __Southern District of Texas__    District Court Docket No. __4:22-cr-612__

Short Case Title __USA v. Constantinescu, et al.,__

**ONLY ONE COURT REPORTER PER FORM**   Court Reporter __Mayra Malone__

Date Notice of Appeal Filed in the District Court __4/4/2024__    Court of Appeals No. __24-20143__

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings   ☐ Transcript is unnecessary for appeal purposes   ☒ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings:   ☐ Bail Hearing _____   ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____   ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____   ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____   ☐ Jury Instructions _____   ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| December 18, 2023 | Motion Hearing (District Court Docket Entry 483) | Judge Andrew S. Hanen |
| March 14, 2023 | Motion Hearing (659) | Judge Andrew S. Hanen |
| March 27, 2023 | Rearraignment at to Knight (8) (658) | Judge Andrew S. Hanen |
| | | |

<span style="color:red">**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**</span>

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds;    ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;    ☐ Advance Payment Waived by Reporter;    ☐ U.S. Government Funds

☐ Other _____

Signature __/s/Anna E. Kalluri__    Date Transcript Ordered __no transcripts ordered__

Print Name __Anna Kalluri__    Phone __(713) 567-9463__

Counsel for __United States of America, Plaintiff - Appellant__

Address __U.S. Attorney's Office Southern District of Texas, 1000 Louisiana Street, Ste. 2300, Houston, TX 77002__

Email of Attorney: __anna.kalluri@usdoj.gov__

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason:   ☐ Deposit not received   ☐ Unable to contact ordering party   ☐ Awaiting creation of CJA 24 eVoucher

       ☐ Other (Specify) _____

Date _____   Signature of Reporter _____   Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____   Signature of Reporter _____