# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
October 27, 2025
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
October 27, 2025
Lyle W. Cayce
Clerk

No. 24-20143

UNITED STATES OF AMERICA,

*Plaintiff—Appellant,*

*versus*

PERRY "PJ" MATLOCK,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CR-612-2

---

ORDER:

IT IS ORDERED that Appellee's FED. R. APP. P.28(J) letter filed October 22, 2025, is stricken for noncompliance with the rule.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 27, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-20143   USA v. Constantinescu
                    USDC No. 4:22-CR-612-2

Enclosed is an order entered in this case.

         Sincerely,

         LYLE W. CAYCE, Clerk

         *Christy Combel*

         By: _____
         Christy M. Combel, Deputy Clerk
         504-310-7651

Mr. Cordt Akers
Ms. Laura Marie Kidd Cordova
Mr. Neal Andrew Davis
Mr. Carlos M. Fleites
Mr. Matthew Aaron Ford
Mr. Philip Harlan Hilder
Ms. Anna Elizabeth Kalluri
Mr. Andrew Laing
Mr. Chip Brandon Lewis
Mr. Perry "PJ" Matlock Jr.
Ms. Stephanie K. McGuire
Ms. Carmen Castillo Mitchell
Mr. Michael James Murtha
Mr. Nathan Ochsner
Mr. Eric Samuel Rosen
Mr. James Gregory Rytting
Mr. Jeremy Raymond Sanders
Mr. Quentin Tate Williams