United States Courts
Southern District of Texas
FILED
November 03, 2025
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 3, 2025
Lyle W. Cayce
Clerk

No. 24-20143

UNITED STATES OF AMERICA,

*Plaintiff—Appellant,*

versus

PERRY "PJ" MATLOCK,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CR-612-2

## ON PETITION FOR REHEARING AND REHEARING EN BANC

Before HIGGINSON, WILLETT, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

 The petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P. 40 and 5TH CIR. R. 40), the petition for rehearing en banc is DENIED.

---

*Judge Priscilla Richman did not participate in the consideration of the rehearing en banc.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

November 03, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-20143   USA v. Constantinescu  
               USDC No. 4:22-CR-612-2

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____  
Christy M. Combel, Deputy Clerk  
504-310-7651

Mr. Cordt Akers  
Ms. Laura Marie Kidd Cordova  
Mr. Neal Andrew Davis  
Mr. Carlos M. Fleites  
Mr. Matthew Aaron Ford  
Mr. Philip Harlan Hilder  
Ms. Anna Elizabeth Kalluri  
Mr. Andrew Laing  
Mr. Chip Brandon Lewis  
Mr. Perry "PJ" Matlock Jr.  
Ms. Stephanie K. McGuire  
Ms. Carmen Castillo Mitchell  
Mr. Michael James Murtha  
Mr. Nathan Ochsner  
Mr. Eric Samuel Rosen  
Mr. James Gregory Rytting  
Mr. Jeremy Raymond Sanders  
Mr. Quentin Tate Williams