# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*November 10, 2025*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
October 2, 2025
Lyle W. Cayce
Clerk

No. 24-20143

UNITED STATES OF AMERICA,

*Plaintiff—Appellant,*

versus

PERRY "PJ" MATLOCK,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CR-612-2

## JUDGMENT

Before HIGGINSON, WILLETT, and ENGELHARDT, *Circuit Judges.*

    This cause was considered on the record on appeal and was argued by counsel.

    IT IS ORDERED and ADJUDGED we REVERSE the district court's dismissal of the indictment and REMAND for proceedings consistent with this opinion.

    The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion

No. 24-20143

for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.



Certified as a true copy and issued
as the mandate on Nov 10, 2025

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 10, 2025

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 24-20143    USA v. Constantinescu
                              USDC No. 4:22-CR-612-2

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          */s/ Christy Combel*
                        By: _____
                        Christy M. Combel, Deputy Clerk
                        504-310-7651

cc:
    Mr. Cordt Akers
    Ms. Laura Marie Kidd Cordova
    Mr. Neal Andrew Davis
    Mr. Carlos M. Fleites
    Mr. Matthew Aaron Ford
    Mr. Philip Harlan Hilder
    Ms. Anna Elizabeth Kalluri
    Mr. Andrew Laing
    Mr. Chip Brandon Lewis
    Mr. Perry "PJ" Matlock Jr.
    Ms. Stephanie K. McGuire
    Ms. Carmen Castillo Mitchell
    Mr. Michael James Murtha
    Mr. Eric Samuel Rosen
    Mr. James Gregory Rytting
    Mr. Jeremy Raymond Sanders
    Mr. Quentin Tate Williams