UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO.  4:22-CR-612 |
| | § | |
| PERRY "PJ" MATLOCK (2) | § | |

## **MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

COMES NOW William M. Stradley, an Attorney of Record for Perry "PJ" Matlock and requests this Court to allow attorney William M. Stradley to withdraw as an attorney of record in this matter.  In support thereof, he states the following:

1. On or about December 21, 2022, Defendant Perry "PJ" Matlock retained attorneys with the Austin, Texas based THE ASHCROFT LAW FIRM, LLC to represent him in the above referenced case.
2. On or about March 9, 2023, the undersigned agreed to work with THE ASHCROFT LAW FIRM, LLC to serve as local counsel and as additional utility counsel for Defendant Perry "PJ" Matlock.
3. On March 20th, 2024, The Court granted Defendants' Second Joint Motion to Dismiss the Superseding Indictment.
4. On April 4, 2024, the Government filed its Notice of Appeal.
5. On or about February 20, 2025, the Court signed an Order permitting the withdrawal of the Perry "PJ" Matlock's trial attorneys with THE ASHCROFT LAW FIRM, LLC.
6. On or about October 2, 2025, the 5th Circuit reversed the District Court's Order dismissing the superseding indictment.
7. Perry "PJ" Matlock hired Attorney Sam Millage who appeared as an attorney for Perry "PJ" Matlock on this case on March 14, 2026.
8. Since Perry "PJ" Matlock terminated the ASHCROFT LAW FIRM, LLC, the undersigned has timely informed Mr. Matlock of his intention to withdraw as an attorney in this case.

1

WHEREFORE, based upon the forgoing, the undersigned respectfully requests an order removing him as an attorney of record for Defendant Perry "PJ" Matlock.

Respectfully submitted,

/s/ William M. Stradley
William M. Stradley
State Bar No. 19353100
Federal ID #18284
1545 Heights Blvd., Ste 200
Houston, Texas 77008
Tel (713) 725-8743
Fax (281) 520-4395
bill@stradleylaw.com

## CERTIFICATE OF CONFERENCE

I, William M. Stradley, certify that on May 6, 2026, I conferred with Assistant United States Attorney Heyward Carter regarding the above Motion to Withdraw as Attorney of Record.  AUSA Carter stated that the United States is unopposed to the Motion.

/s/ William M. Stradley
William M. Stradley

## CERTIFICATE OF SERVICE

I, William M. Stradley, hereby certify that on this the 6th day of May, 2026, copies of the foregoing were served on all registered parties via email and CM/ECF, concurrent with the filing of the same.

2

/s/ William M. Stradley
William M. Stradley