UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:22cr612 |
| | § | |
| EDWARD CONSTANTINESCU, | § | |
| PERRY "PJ" MATLOCK, | § | |
| JOHN RYBARCZYK, | § | |
| GARY DEEL, | § | |
| STEFAN HRVATIN, | § | |
| TOM COOPERMAN, | § | |
| MITCHELL HENNESSEY, | § | |
| DANIEL KNIGHT | § | |

## DEFENDANT'S RESPONSE IN OPPOSITION TO THE GOVERNMENT'S MOTION TO REINSTATE ORIGINAL CONDITIONS OF RELEASE & REQUEST FOR AN ORAL HEARING

TO THE HONORABLE JUDGE ALFRED H. BENNETT:

Now comes PERRY "PJ" MATLOCK, Defendant, and files in the above styled cause his Response in Opposition to the Government's Motion to Reinstate Original Conditions of Release and shows the following:

1.      Defendant's response is timely filed and in accordance with the Federal Rules of Criminal Procedure and this Honorable Court's local rules.

2.      On May 28, 2026, the Government filed a motion to reinstate original conditions of release. *See Dkt. Entry No. 753*. In its motion, the Government is requesting this Court to order the Defendants to surrender their passports to the United States Marshall Service and refrain from "promoting stocks, options, securities, financial instruments, and trading platforms on social media or otherwise."

3.      Defendant, through his Counsel, objects to the Government's requests. As such, Defendant is requesting an oral hearing on this matter.

4.      On May 8, 2026, this Court held a status conference. During that conference, the Court addressed the passport matter. In doing so, the Court ordered that the Defendants surrender their passports to their respective counsel. Mr. Matlock adhered to the Court's order immediately after the hearing and surrendered his passport to his undersigned counsel, Attorney Samuel L. Milledge, II. Mr. Matlock's passport remains safely in his attorney's possession. Additionally, the Government has failed to state how Mr. Matlock represents a flight risk. The Government in its motion made a reference to Defendant Constantinescu. But that individual is not Mr. Matlock. Moreover, Mr. Matlock has never failed to appear for Court when ordered. In fact, he appeared on May 8, 2026, for the Status Conference when his appearance was not required.

5.      The Government further claims in its motion that Mr. Matlock is a "danger to the community" because he continues to "promote" stocks and other financial instruments on social media. However, the Government failed to articulate a nexus to the charged offenses in its indictment, and any harm or potential harm to members of the community.  Just so its clear to the Court, Mr. Matlock is not trading securities. He is trading futures, which is something completely different from securities. Mr. Matlock's trading activity does not run afoul of the law, is completely legal, and has no relevance to the charges under the indictment. The Government simply cannot demonstrate any harm or danger to the community.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the Court enters an order denying the Government's Motion to Reinstate the Original Conditions of Release, or in the alternative set this matter for an oral hearing as requested within this response.

Respectfully submitted,


**/s/ *Samuel L. Milledge, II***

SAMUEL L. MILLEDGE, II
Texas Bar No. 24076560
SDT Federal Bar No. 1750963
THE MILLEDGE LAW GROUP, PC
1235 North Loop West, Ste. 725
Houston, Texas  77008
(713) 812-1409 – Telephone
(713) 812-1418 – Telecopier
sam2@milledgelawgroup.com
blopez@milledgelawgroup.com
**COUNSEL FOR PERRY "PJ"
MATLOCK**


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on  June 17, 2026, on the following via ECF Notice pursuant to the Federal Rules of Civil Procedure to all attorneys of record in this matter.


/s/ *Samuel L. Milledge, II*